FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 18 2025
MITCHELL R. ELFERS
CLERK

Peter J. Macias
Name
Peter John Macias
652 Vancouver Rd. SE, Apt C
Address
Rio Rancho, N.M 87124

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Peter Macias., Plaintiff
(Full Name)

v.

C.C.A.D.C.
Lt. Cordova, Lt. Cole,
Lt. Steinfield, Lt Moreno
Cpt. Mendoza, Warden Gonzales, Defendant(s)

CASE NO. 25cv166-SCY
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A. JURISDICTION

1) Peter Macias (Plaintiff), is a citizen of New Mexico (State)
who presently resides at 652 Vancouver Rd. SE Apt C Rio Rancho, NM 87124 (Mailing address or place of confinement).

2) Defendant Lt Cordova (Name of first defendant) is a citizen of Clovis, N.M. (City, State), and is employed as Correctional Officer, Lt. (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
Yes [x] No [ ] If your answer is "Yes", briefly explain: He was the Lt in Charge of the Attack. and ordered it for refusing to eat Food.

3) Defendant Lt. Cole is a citizen of
(Name of second defendant)
Clovis, N.M, and is employed as
(City, State)
Correction Officer as an Lt. At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes [x] No [ ] If your answer is "Yes", briefly explain: Lt cole was one of the Corrections Offieer that Corried out the Attack with a Single Barrell Grenade Launcher.

(Use the back of this page to furnish the above information for additional defendants.) See Back *

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case. On 4/25 at or Between 4:30-8pm I was attacked for No reason (whole pod) while laying down in My Cell, The defendant Took turns Shooting Me & My cell with a pepper Ball Automaic Gun (Lt Seinfield), six chamber Rubber ball Grenades Launcher (Lt ~~Mendoza~~ Moreno) single shot Grende launder (Lt. Cole) and Large Cam Bear Mace (cpt Mendoza) as ordered By Lt. Cordova. this caused severe injury as I choked and violently Caughed for 3 days causeing My Hurina to pop-out. when asked why I was Attacked, Mr Lt Seinfield said "You should of Ate the tray". I Then did several Medial request to Go to hospital in which I was denied. Finally I was screaming in pain on June 22 & was taken to hospital, where I had Emergency Surgury & Needed to be treated for Severe Septis which required 6 weeks in hospital, and After a week in the hospitl, the Warden forced my return to CCADC, in which I was thrown in isolation with only Minimal Medical Treatment, I had a I.V., was only allowed 2 Showers a week & a couple of phone calls for 6weeks, My Shower was broke & floded the Cell in 2in of water in which I was forced to Clean, No Shaver, No tablet, ect. ~~continued~~ which caused My inabity to walk.

4) Defendant Lt. Steinfield is A Citizen of Clovis, N.M., and is employed as Correctional Officer, Lt., At the time of the Claim(s) was defendant acting under color of State Law

Yes ☑ no ☐ ; Lt Steinfield was the one whom Attacked with a Automatic pepper ball. (Paint Marker Gun).

5) Defendant Lt Moreno is A citizen of Clovis, N.M, and is employed as Correction Officer, Lt., At the time of the Claim(s) alleged in this complaint Arose, was defendant acting under Color of State Law?

Yes ☑ No ☐ : Lt Moreno Attack with a six chamber rubber/Pepper Ball Grenades Gun.

6) Defendant Cpt Mendoza is A Citizen of Clovis, N.M., and is Employed as Corrections officer, Cpt. at the time the claim(s) alleged in this complaint Arose, was the Defendant acting under color of State Law?

Yes ☑ No ☐ : Cpt Mendoza Attacked with a Large "Bear" Mace Spray Can.

7) Defendant Warden Gonzales, is a Citizen of Clovis, N.M., and is employed as CCADC Warden at the times the Claims alleged in this complaint Arose, was the Defendant acting Under Color of State Law.. ☒ Yes ☐ no ; Warden Gonzales is in charge of all Officers involed. and of Medical.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: My 8th Amendment Right to be free from Cruel and Unusual Punishment Was Violated by Officers at the Curry County Detention center.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

On April 25th, 2024 between 4:30-7:00 pm Lt. Cordova Ordered an Attack on Me and Pod that lasted Approx. 20-30 Minutes Lt. Moreno Shot Several Pepper laced Rubber ball Grenades out of a Six chamber Grenade Launcher, Lt Steinfield Attacked Me & My Cell With an Automatic Pepper Ball Gun, Lt Cole fired Several Rubber Ball Mace Grenades out of a single Barrel Grenade Launcher, Cpt Mendoza Attacked using a "Bear Mace Spray from a large can. All ~~of this~~ caused Extreme Pain & Suffering as well as Mental Anguish and Emotional stress, As they Did So while I was laying down, Just for refusing to Eat Soap Contaminated food.

B)(1) Count II: My 8th and 14th Amendment Rights were Violated by Curry County for cruel and unusuall punishment and refusal of Neccessary Medical treatment as a result of the Attack Previously mentioned Causing Extreme and Ongoing Pain and Emotional Distress and Mental Anguish.

(2) Supporting Facts: After and during the Attack, I coughed and choked violently Causing My Hurnia to pop out, I requested to Go the hospital cause of My Pain and was refused, the Nurse on Duty popped back in place My Hurnia but I was Still requesting to Go to hospital for another two Months, finally I was screaming in Agonizing Pain and Got transported to the hospital, upon Arrival and examination I had to Go through Emergency Surgury 5 hours after I Got into hospital.

C)(1) Count III: My 8th Amendment an 14th Amendment rights Were Viotated to be free from unusall punishment and right to due Process in Medical treatment.

(2) Supporting Facts: After My Emergency Surgury I had to be treated for Septsis which would of required up to 8 weeks of Hospitazation. I was there for less than a week cause WArden Gonzales forced my return which cut short my Medical Care where I had shots in my Stomach 2 times Daily for Blood Clots, Daily Blood samples to test septis, on Monitor for Vitals, Morphine & Percoset 4-5 times daily for Extreme pain, as I had Septis infection in My hip-Groin Area where the Surgeon Cut me open & Cut out the infection, Dislocated My hip. I also needed Oxygen. (continued on etra page #2)

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☑ No ☐ If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit. ~~Adult Detention Center~~, ~~Lt Cole, Capt. Mendoza~~ ~~Curry County~~

Plaintiffs: ~~Lt. Moreno, Lt Cordova, Lt Seinfield~~, Peter Macias

Defendants: Lt Cole, Lt. Moreno, Lt. Seinfield, Capt Mendoza and Curry County Detention Center

b) Name of court and docket number: N/A * Never Made it to Court as they Sent me a risk Management tort Claim, on purpose knowing that they weren't insured by risk management.

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Since the Gave Me Risk Management tort, they Stalled lawsuit, two months, I got a responce from risk Mangement that CCADC was not insured thru them, when I requested a "proper" tort Claim form I was Denied it, Causing the 90 day Limit to pass, I also Did a 1983 'Section 42 Claim', and had it Labeled "Legal Mail" and

d) Issues raised: ~~Gave it to Lt Cordova, (who ordered Attack)~~ and it Never Arrived at the Fedral Courthouse.. It "Got lost" so that's why I'm doing this lawsuit.

Page (2) Cont... My Public Defender tried to Get me a furlogh for Medical treatment, but was Denied Cause of Me Being a flight risk, So even though Needing 8 weeks of hopitazation, the Warden (Gonzales) forced me back to CCADC, and put me in isolation with an IV, I had a nurse Visit once a day to Change IV and Anibiotics, was put from proper care from the Hospital to a Concrete Slab with thin Matress, Shower did Not work, and when I tried to take a shower my Cell flooded, I was in my Gown from hospial for two weeks, the portable phone did Not work and No razor. IN Six weeks of 24 hour lockdown I was Allowed two Showers, and 3 phone Calls. They Didn't even have the Intrauenous Ant-biotic so I ahad a few painfull shots in the Butt, then they Got the "Antibiotic Liquid for Ive I was Given tylynol for pain, and was taken Back to hosptilal Just for Stitch removal. I was using a walker and IN Etreme Emotional Pain and mental anguish, and Xtreme physical pain with No physical therapy. I'm still in pain as of today!! Also I suffer Serious Axiety, emotionll Distress & Serious PTSD and Mental Anguish plus Emotienal Distress, finding Myself Constantly Shaking, fits of Rage, and Crying Episodes. Bouts of Depression, as I could Not get employment Due to inJury, and felling of low self worth. If I aM Not found in favor for the fact that My Civil Rights were Violated, I will Appeal it. Before Jehovah God and Jesus Christ I swear all statments are true and are facts.

e) Approximate date of filing lawsuit: May/June

f) Approximate date of disposition: end of July, August.

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☑ No ☐ If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. I did request for Money Damages and was denied, I Also did Grievences to request the Pepper Balls and Spray be Cleaned and was denied, requested to Go to hospita & was denied till I was screaming in Pain. When I was released and Attempted to Get Requests & Grievance record the CCADC SAid It has to be Suphenad from a Court order.

E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: for the Extreme Pain & suffering and Menta Anguish and Emotional suffering I beg the Mercy of the Court to Award me this ~~or~~ whatever the court finds fair.

Curry county Detention Center = 45,000
Warden Gonzales = 45,000
Lt Cordova = 45,000
Lt Moreno = 45,000
Lt - Cole = 45,00
Lt Seinfied = 45,000
Cpt Mendoza = 45,000

Signature of Attorney (if any)

[signature] Signature of Petitioner

Attorney's full address and telephone number.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at 333 LomasBlvd, Albuqurqe NM on 02/17 2025
(Location) (Date)

(Signature)