## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PETER JOHN MACIAS,

      Plaintiff,

v.                               No. 1:25-cv-00166-SCY

C.C.A.D.C.,[1] FNU CORDOVA, FNU COLE,
FNU STEINFIELD, FNU MORENO, FNU
MENDOZA and FNU GONZALES,

      Defendants.

### ORDER REGARDING SERVICE

The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915, provides that

"officers of the court shall issue and serve all process, and perform all duties in [proceedings *in*

*forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma*

*pauperis* under 28 U.S.C. § 1915, the Court orders the Clerk of the Court to notify the individual

Defendants, at the addresses provided by Plaintiff in his Notice, that an action has been

commenced and request that the individual Defendants waive service pursuant to Fed. R. Civ. P.

4(d). *See* Doc. 9, filed April 8, 2025.

IT IS ORDERED that the Clerk of the Court notify the individual Defendants that an

action has been commenced and request that the individual Defendants waive service pursuant to

Fed. R. Civ. P. 4(d). The notice shall include a copy of this Order, a waiver of service form, a

copy of Plaintiff's Complaint, Doc. 1, filed February 18, 2025, and a copy of Plaintiff's Amended

Complaint, Doc. 7, filed February 27, 2025.[2] The Clerk shall mail the notice, waiver of service

---

[1] "C.C.A.D.C." appears to refer to the Curry County Adult Detention Center. *See* Doc. 4 at 1.

[2] Plaintiff filed his original Complaint on February 18, 2025. *See* Civil Rights Complaint
Pursuant to 42 U.S.C. § 1983, Doc. 1. The Court notified Plaintiff that the original Complaint
failed to state claims against Defendants C.C.A.D.C. and Gonzales and ordered Plaintiff to file

form, a copy of this Order and a copy of the Complaint and Amended Complaint to the

individual Defendants at the following addresses:

> Lt. Cordova
> CCADC
> 801 Mitchell
> Clovis, NM 88101
>
> Lt. Cole
> CCADC
> 801 Mitchell
> Clovis, NM 88101
>
> Lt. Steinfield
> CCADC
> 801 Mitchell
> Clovis, NM 88101
>
> Lt. Moreno
> CCADC
> 801 Mitchell
> Clovis, NM 88101
>
> Cpt. Mendoza
> CCADC
> 801 Mitchell
> Clovis, NM 88101
>
> Warden Gonzales
> CCADC
> 801 Mitchell
> Clovis, NM 88101

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

---

an amended complaint. *See* Doc. 6. Plaintiff's Amended Complaint contains allegations regarding Defendants C.C.A.D.C. and Gonzales but does not contain allegations regarding the other Defendants. *See* Doc. 7. The Court construes the Amended Complaint as incorporating the original Complaint by reference because the Amended Complaint states: "this is an am[]ended complaint to be added to original complain[t]." *Id.* at 2.