**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

-vs- Civ. No. 1:25-CV-00166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF CURRY, d/b/a
CURRY COUNTY DETENTION CENTER, &
CURRY COUNTY, &
WARDEN MARK GALLEGOS, &
LIEUTENANT CORDOVA, &
CAPTAIN CHRISTOPHER MORENO, &
LIEUTENANT TABER STANFIELD, &
ROADRUNNER HEALTH SERVICES, LLC., &
DOES 1-50,

Defendants.

**MOTION FOR SUMMARY JUDGMENT ON THE APPLICABILITY OF THE TORTCLAIMS ACT AS TO ROADRUNNER HEALTH SERVICES, LLC.**

COMES NOW, Roadrunner Health Services, LLC., ("Roadrunner" and/or "RHS"), by and through its counsel of record, Law Office of Augustine M. Rodriguez, L.L.C. (Augustine M. Rodriguez, Esq.), and respectfully moves this Court pursuant to Rule 56, FRCP for an Order granting summary judgment on the application of the New Mexico Tort Claims Act, NMSA 1978 §§41-4-1 et seq., ("TCA"). As grounds therefore, RHS states:

Roadrunner Health Services, LLC., contracted with Curry County to provide medical health care to inmates and detainees housed at the Curry County Detention Center ("CCDC"). Pursuant to this contract, RHS provided medical care to the inmates at the CCDC at all times material to the operative Complaint. The contract was in full force and effect at the time of the incident that is subject of the Third Amended Complaint ("TAC"), in this matter. At all material times, RHS was

acting within the scope of this contract, as well as pursuant to its duties and obligations as a health care provided. RHS is a public employee under the TCA's definition of that term. Any other holding would be contrary to legislative intent and would undermine the Act's primary purpose of protecting the public treasury. Summary judgment in favor of Roadrunner Health Services, LLC>, should be granted because Plaintiff Peter Macias failed to give RHS timely notice within 90 days of the occurrence of the incident claimed to have caused damages to the Plaintiff. In fact, Defendant Roadrunner Health Services was not named as a Defendant until the Third Amended Complaint, more than one year after the initial complaint was filed with this Honorable Court.

WHEREFORE, Roadrunner Health Services, LLC., respectfully moves this Honorable Court for entry of its Order granting summary judgment for failure to give timely notice pursuant to the New Mexico Tort Claims Act.

Respectfully submitted,
LAW OFFICE OF
AUGUSTINE M. RODRIGUEZ, L.L.C.,

*/s/Augustine M. Rodriguez*
AUGUSTINE M. RODRIGUEZ, ESQ.
P. O. Box 27178
Albuquerque, NM 87125
(505) 332-3173
*Attorneys for Defendant RHS*

THIS IS TO CERTIFY that on February 24, 2026, a copy of the foregoing pleading was filed electronically through the CM/ECF System, which caused the following to be served by electronic means:

Philip Downey, Esq.
<downeyjustice@gmail.com>

*/s/Augustine M. Rodriguez*
AUGUSTINE M. RODRIGUEZ, ESQ.