FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 05 2026

ERIK PALTROW
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,
Plaintiff,

v. Civ. No. 1:25-cv-00166-MIS-SCY

BOARD OF COUNTY COMMISSIONERS OF CURRY COUNTY, et al.,
Defendants.

**CERTIFICATE OF SERVICE REGARDING CURRY COUNTY DISCOVERY**

I hereby certify that on August 5, 2026, I served true and correct copies of the following discovery requests by electronic mail upon counsel of record for the Curry County Defendants:

1. Plaintiff's First Set of Interrogatories to Defendant Christopher Moreno;

2. Plaintiff's First Requests for Admission to Defendant Christopher Moreno;

3. Plaintiff's First Set of Interrogatories to Defendant Taber Stanfield; and

4. Plaintiff's First Requests for Admission to Defendant Taber Stanfield.

Jonlyn M. Martinez, Esq.
jonlyn@jmartinezlaw.net

x Peter Macias

Peter John Macias, Pro Se
910 11th Avenue Northwest
Rio Rancho, New Mexico 87144
Telephone: 575-271-7715
Email: petermacias66@gmail.com