# LAW OFFICE OF JONLYN M. MARTINEZ, LLC
Attorney & Counselor at Law

JONLYN M. MARTINEZ

Telephone
(505) 247-9488

Email
jonlyn@jmartinezlaw.net

Mailing Address
P.O. Box 7265
Albuquerque, NM  87194

Street Address
105 14th Street SW
Albuquerque, NM  87102

July 27, 2026

*Via electronic mail only*

Peter John Macias
peter macias<petermacias66@gmail.com>

Re:     *Macias v. Board of County Commissioners of the County of Curry, et al.*
        Case No. 1:25-cv-166-MIS-SCY

Dear Mr. Macias,

In reviewing the Plaintiff's discovery responses, I note the following deficiencies:

Interrogatories

Interrogatory No. 2 requested that Plaintiff list the name, address, and telephone number of all individuals with information concerning his claims. While the Plaintiff listed the names of individuals, he failed to list addresses or telephone numbers for his witnesses. The Plaintiff has an obligation to obtain and provide this information. Please supplement this Interrogatory.

Interrogatory No. 3 requested  information concerning all prescription medication taken by Plaintiff. The Defendant is entitled to information concerning the Plaintiff's medical history. Plaintiff failed to provide any responsive information to this Interrogatory. Please provide a complete response to this Interrogatory.

Interrogatory No. 4 requested information concerning physical altercations the Plaintiff has been involved in from 2019 to present. This Interrogatory sought the date of the incident, and the name, address, and telephone number of the individuals involved in the altercation. This information was omitted from the Plaintiff's response. Please provide a complete response to this interrogatory.

Interrogatory No. 7 requested the name and address of every expert witness who may testify at trial in this matter. Plaintiff listed his treating physicians but did not provide any contact information. Please provide a complete response to this Interrogatory.

Interrogatory No. 9 requested information concerning other claims or lawsuits brought by the Plaintiff. The Plaintiff failed to list the basis for the claim, the date of the occurrence and the name, address and telephone number of the other party involved including witnesses. Please provide a complete response to this Interrogatory.

EXHIBIT A

Interrogatory No. 10 requested the  name of the mental health providers, the dates of treatment and the reason for the treatment. This information was not provided. Please provide a complete response to this interrogatory.

Interrogatory No. 11 asked Plaintiff about each instance that he was incarcerated. It requested the name of the detention facility, the dates of incarceration, and the reason he was incarcerated. The Plaintiff failed to provide any of the information requested. Please provide a complete response to this interrogatory.

Interrogatory No. 16 requested information concerning the Plaintiff's arrest and warrant history. It requested information concerning the date each crime was committed, the name of the agency charging the crime, the city, county and state were the alleged offense took place, and the disposition and penalty concerning each crime with which he was charged. The Plaintiff failed to provide a complete response to this Interrogatory. Please provide a complete response to this Interrogatory.

Interrogatory No. 18 requested a list including the name, address and telephone number of all the Plaintiff's medical and mental health providers from April 25, 2019, to present. The Plaintiff provided a partial list of providers and failed to provide contact information for these providers. Please provide a complete response to this Interrogatory.

Interrogatory No. 19 requested information concerning the Plaintiff's health insurance providers from 2019 to present. The Plaintiff failed to provide the information requested. Please provide a complete response to this Interrogatory.

Requests for Production

RFP No. 1 requested information concerning medical or other related charges for treatment of injuries Plaintiff claims he sustained as a result of the acts contained in his complaint. The Plaintiff did not provide any information responsive to this request. The Plaintiff filed his initial complaint on February 18, 2025, alleging that his rights were purportedly violated on April 25, 2024. Plaintiff has had a sufficient amount of time to obtain evidence concerning his alleged damages. Please respond fully to this Request.

RFP No. 2 sought documents pertaining to the Plaintiff's damages. The Plaintiff interposed baseless objections to this request and failed to provide the information requested. The Plaintiff filed his initial complaint on February 18, 2025, alleging that his rights were purportedly violated on April 25, 2024. Plaintiff has had a sufficient amount of time to obtain evidence concerning his alleged damages. Please withdraw your objections and respond fully to this Request.

RFP No. 6 sought information concerning the Plaintiff's state and federal tax returns for the years 2023-2024, 2025 and 2026. The Plaintiff interposed baseless objections and failed to produce any of the information requested. Please withdraw your objections and respond fully to this Request.

RFP No. 12 sought signed HIPAA releases from the Plaintiff. The HIPAA releases provided by the Defendant the releases available on the Federal Court's website. Please provide these signed releases immediately.

Please provide complete supplemental responses to the County's discovery  requests by August 3, 2026. If we do not receive supplemental responses by this date, we will file a motion to compel and we will note your opposition thereto.

Thank you for your attention to this matter.

EXHIBIT A

Very truly yours,

LAW OFFICE OF JONLYN M. MARTINEZ, LLC

By: */s/ Jonlyn M. Martinez*
       JONLYN M. MARTINEZ

EXHIBIT A