PLAINTIFF'S FIRST PRODUCTION OF DOCUMENTS
TO CURRY COUNTY DEFENDANTS

1. 01-Main Medical Record From PRMC Feb-June 2024.pdf

2. 02feb24dischargeinstructions.pdf

3. 03SRMC Clinic Note - Orthopaedics 03-10-2026.pdf

4. 04Hip 2 or 3 Views Comp w-wo Pelvis.pdf

5. 05scheduled full hip replacement surgery.pdf

6. 06xray new.jpg

7. 07firtscar.jpg

EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**PETER JOHN MACIAS,**

    Plaintiff,

v.

**BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CURRY, d/b/a
CURRY COUNTY DETENTION CENTER,
et al.,**

    Defendants.

**Case No. 1:25-cv-00166-MIS-SCY**

## PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT COUNTY'S FIRST

## REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff Peter John Macias, proceeding pro se, responds to Defendant County's First Request for Production of Documents under Federal Rule of Civil Procedure 34. Plaintiff produces the documents presently in his possession, custody, or control identified in Plaintiff's First Production Index and the accompanying ZIP file. Plaintiff will supplement these responses as required by Federal Rule of Civil Procedure 26(e).

## GENERAL OBJECTIONS

**1.** Plaintiff objects to each request to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, or another applicable privilege or protection. No privileged material is intentionally produced.

1

EXHIBIT C

**2.** Plaintiff objects to each request to the extent it is vague, ambiguous, overly broad, unduly burdensome, disproportionate to the needs of the case, seeks material outside Plaintiff's possession, custody, or control, or requests material equally available to Defendants from their own records.

**3.** Plaintiff objects to disclosure of full Social Security numbers, financial account numbers, medical identification numbers, or other sensitive identifiers. Any such information will be redacted as appropriate.

**4.** The production is continuing. Plaintiff reserves the right and accepts the duty to supplement or correct these responses as additional responsive documents are located or obtained.

**REQUEST NO. 1:** All medical or other related medical charges for treatment of the injuries alleged to have been sustained as a result of the acts alleged in Plaintiff's Complaint.

**RESPONSE:** Plaintiff has not located separate medical billing statements or charge records in his present possession. Plaintiff produces medical records presently available to him as Documents 01 through 05. Plaintiff will supplement this response if separate billing or charge records are obtained.

**REQUEST NO. 2:** Any and all hospital notes, doctor's notes, nurse's notes, medical reports, or tests, or other statements by any treating physician who saw or treated Plaintiff for any medical or psychological injury suffered as a result of the Defendants.

**RESPONSE:** Plaintiff objects to the phrase "any and all" to the extent it seeks unrelated medical or psychological records. Subject to that objection, Plaintiff produces Documents 01 through 05, consisting of PRMC medical records, February 24, 2024 discharge instructions, an SRMC

2
EXHIBIT C

orthopedic clinic note, a hip X-ray report, and records concerning the scheduled hip replacement. Plaintiff is continuing to obtain additional medical and mental-health records and will supplement.

**REQUEST NO. 3:** Any and all photographs, videotapes, models, plats or drawings pertaining to any allegations involved in this case.

**RESPONSE:** Plaintiff produces Document 06, a hip X-ray photograph, and Document 07, a surgical-scar photograph. Plaintiff is not presently in possession of responsive videotapes, models, plats, or drawings. Plaintiff will supplement if additional responsive photographs or other items are located.

**REQUEST NO. 4:** Any and all witness statements, whether written or recorded, pertaining to any allegations involved in this case, including any statement taken from any of the Defendants.

**RESPONSE:** Plaintiff objects to the extent this request seeks attorney work product or materials prepared by former counsel reflecting counsel's mental impressions or litigation strategy. Subject to that objection, Plaintiff is not presently in possession of nonprivileged written or recorded witness statements responsive to this request. Plaintiff will supplement if responsive nonprivileged statements are obtained.

**REQUEST NO. 5:** All statements, correspondence, memoranda, notes or other documents obtained from any person having or purporting to have knowledge relating to the allegations of the Complaint.

EXHIBIT C

**RESPONSE:** Plaintiff objects to the extent this request seeks privileged communications or attorney work product. Subject to that objection, Plaintiff is not presently producing separate witness correspondence, memoranda, or notes beyond the medical records and photographs identified in the Production Index. Plaintiff will supplement if additional responsive nonprivileged documents are located.

**REQUEST NO. 6:** Please provide Plaintiff's personal state and federal income tax returns from 2023, 2024, 2025, 2026 including all attachments to such returns. If returns are not available for a particular year, please sign the enclosed form.

**RESPONSE:** Plaintiff objects that the request is overly broad and seeks private financial information without limitation to information relevant to the damages claimed. Subject to that objection, no tax returns are included in this production because Plaintiff is gathering the responsive records and determining which returns exist for each requested year. No 2026 tax return has yet been filed because the 2026 tax year is ongoing. Plaintiff will supplement and will redact full Social Security numbers and financial-account identifiers before any production.

**REQUEST NO. 7:** To the extent not previously requested, any and all documents reflecting or pertaining in any way to any alleged liability and damages, including, but not limited to, all documents which you anticipate introducing at trial in support of any claim for damages.

**RESPONSE:** Plaintiff objects that this request is vague and overly broad, particularly the phrase "pertaining in any way," and seeks a final trial-exhibit determination before discovery is complete. Subject to that objection, Plaintiff produces Documents 01 through 07. Plaintiff may also rely on records produced by Defendants, court records, discovery responses, deposition

4

EXHIBIT C

testimony, and additional medical, employment, financial, and damages records obtained later. Plaintiff will supplement and will provide a final exhibit list according to the Court's deadlines.

**REQUEST NO. 8:** All documents or tangible items which are referred to in your answers to Defendants' First Set of Interrogatories, listed in the Plaintiff's Complaints and all documents or other tangible items upon which you relied in answering Defendants' First Set of Interrogatories.

**RESPONSE:** Plaintiff objects that this request is overly broad to the extent it seeks every document mentioned anywhere in the pleadings or interrogatory answers, regardless of relevance or possession. Subject to that objection, Plaintiff produces Documents 01 through 07. Other materials referenced in the pleadings or interrogatory answers include public court records, Defendants' own records, detention records, medical records not yet obtained, and information based on Plaintiff's personal knowledge. Plaintiff will supplement as additional responsive documents are obtained.

**REQUEST NO. 9:** All reports, correspondence, memoranda or other documents which you have received from or provided to any expert retained to testify at trial.

**RESPONSE:** Plaintiff has not retained a specially employed expert witness and therefore has no responsive reports, correspondence, memoranda, or other documents from a retained testifying expert. Plaintiff may call treating providers as fact witnesses or non-retained experts as permitted by the Federal Rules and the Court's scheduling orders.

**REQUEST NO. 10:** All documents or tangible items which may be introduced at trial.

5

EXHIBIT C

**RESPONSE:** Plaintiff objects that this request is premature and seeks a final trial-exhibit list before discovery and pretrial disclosures are complete. Subject to that objection, Plaintiff produces Documents 01 through 07 and may use additional documents obtained in discovery, medical records, detention records, photographs, court records, and other properly disclosed exhibits. Plaintiff will supplement and comply with the Court's pretrial disclosure deadlines.

**REQUEST NO. 11:** Copies of all pleadings or documents from any other lawsuits, complaints, administrative actions, criminal actions, or other actions or claims made by JAIME BUSTAMANTE, or on behalf of or against JAIME BUSTAMANTE.

**RESPONSE:** Plaintiff objects because this request identifies "JAIME BUSTAMANTE," who is not Plaintiff in this action, and therefore the request does not seek documents concerning Peter John Macias. Plaintiff has no responsive documents concerning Jaime Bustamante and will not produce unrelated third-party records.

**REQUEST NO. 12:** Please sign the attached HIPAA releases so the Defendant can obtain your medical and mental health records.

**RESPONSE:** Plaintiff has reviewed the medical and mental-health authorization forms. Plaintiff will return any authorization he agrees to execute as a separate document after ensuring that the provider, relevant time period, recipient, and sensitive identifying information are correctly completed. Plaintiff objects to any authorization that is blank, unlimited, or permits disclosure beyond records relevant and proportional to the claims and defenses in this case.

**PRODUCTION INDEX**

6

EXHIBIT C

**1.** Document 01 - PRMC Medical Records (February-June 2024)

**2.** Document 02 - February 24, 2024 Discharge Instructions

**3.** Document 03 - SRMC Orthopaedic Clinic Note (March 10, 2026)

**4.** Document 04 - Hip X-Ray Report (November 12, 2025)

**5.** Document 05 - Scheduled Hip Replacement Surgery Records (March 12, 2026)

**6.** Document 06 - Hip X-Ray Photograph

**7.** Document 07 - Surgical Scar Photograph

Respectfully submitted,

x  ⁣Peter Macias

PETER JOHN MACIAS

Plaintiff, Pro Se

910 11th Avenue NW

Rio Rancho, New Mexico 87144

Telephone: (575) 371-7715

Email: petermacias66@gmail.com

## CERTIFICATE OF SERVICE

I certify that on 7/23/26 _____, 2026, I served the foregoing Plaintiff's

Responses and Objections to Defendant County's First Request for Production of Documents,

together with Plaintiff's First Production Index and the accompanying ZIP file containing

Documents 01 through 07, by electronic mail upon counsel for the Curry County Defendants:

7

EXHIBIT C

Jonlyn M. Martinez

Law Office of Jonlyn M. Martinez, LLC

jonlyn@jmartinezlaw.net

PETER JOHN MACIAS

EXHIBIT C