Outlook

## Re: Macias v. Curry County – Sage Records Request Confirmation

**From** Jonlyn Martinez <jonlyn@jmartinezlaw.net>

**Date** Tue 7/28/2026 4:50 PM

**To**    peter macias <petermacias66@gmail.com>

Dear Mr. Macias,

I need the releases I sent you signed without limiting them to a single provider.

**Jonlyn M. Martinez**
Law Office of Jonlyn M. Martinez, LLC
P.O. Box 7265
Albuquerque, NM  87194-7265
(505) 247-9488
(505) 247-9566 (fax)

**This document and any documents attached hereto may contain privileged information. If you have received this transmission in error, please call the telephone number above and either destroy these documents or return them by U.S. mail to the mailing address above.**

**From:** peter macias <petermacias66@gmail.com>
**Sent:** Tuesday, July 28, 2026 2:43 PM
**To:** Jonlyn Martinez <jonlyn@jmartinezlaw.net>
**Subject:** Macias v. Curry County – Sage Records Request Confirmation

Dear Ms. Martinez:

   Attached is confirmation that Sage Neuroscience transmitted my records request to your office. I have also requested a copy of the records for my own files.

Please confirm receipt.


Respectfully,
Peter John Macias
Plaintiff, Pro Se
Case No. 1:25-cv-00166-MIS-SCY


EXHIBIT D