Outlook

---

**Executed Medical Authorizations – Macias v. Curry County, No. 1:25-cv-00166-MIS-SCY**

---

**From** peter macias <petermacias66@gmail.com>
**Date** Fri 7/31/2026 9:03 AM
**To** Jonlyn Martinez <jonlyn@jmartinezlaw.net>

📎 4 attachments (6 MB)
ABQ BEHAVE HEALTH.pdf; PRES RELEASE.pdf; SAGE .pdf; UNM RELEASE.pdf;

Ms. Martinez:

Attached are executed medical-record authorizations for the following providers:

    1. Albuquerque Behavioral Health;

    2. Presbyterian Health Care Services;

    3. Sage Neuroscience Center; and

    4. UNM Health Sciences Center.

I am providing these authorizations before the August 3, 2026 supplementation date to facilitate your office's timely requests for relevant records. Please notify me promptly if your office or a provider identifies any technical deficiency in an authorization so that I may address it.

My remaining supplemental discovery responses will be served separately by August 3, 2026.

Respectfully,

Peter John Macias
Plaintiff, Pro Se
910 11th Avenue Northwest
Rio Rancho, New Mexico 87144
575-271-7715
petermacias66@gmail.com

EXHIBIT E