## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

PETER JOHN MACIAS,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF CURRY, d/b/a CURRY
COUNTY ADULT DETENTION CENTER;
CURRY COUNTY; WARDEN MARK
GALLEGOS; LIEUTENANT CORDOVA;
CAPTAIN CHRISTOPHER MORENO;
LIEUTENANT TABER STANFIELD;
ROADRUNNER HEALTH SERVICES, LLC;
and DOES 1-50,

    Defendants.

Civ. No. 1:25-cv-00166-MIS-SCY

## PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO

## DEFENDANT COUNTY'S FIRST REQUESTS FOR PRODUCTION

Plaintiff Peter John Macias, proceeding pro se, supplements the responses and production served

July 23, 2026. Except as expressly supplemented below, the original responses and objections

remain unchanged and are incorporated by reference. Plaintiff is producing responsive

nonprivileged documents presently within his possession, custody, or control and will

supplement as required by Fed. R. Civ. P. 26(e).

Plaintiff has personally contacted medical providers, completed provider-specific authorizations

with staff assistance, and requested medical and billing records. Some billing, insurance, tax, and

provider records remain maintained by third parties and have not yet been received. Plaintiff is

1

EXHIBIT G

producing available materials now and will make rolling supplementation as additional responsive records are obtained.

**REQUEST FOR PRODUCTION NO. 1:** All medical or other related charges for treatment of injuries alleged to have resulted from the acts alleged in the Complaint.

**SUPPLEMENTAL RESPONSE:**

Plaintiff has not yet received complete separate billing statements for all relevant treatment. He is personally contacting providers and investigating the insurance coverage applicable to the June 2024 emergency hospitalization and surgery. Plaintiff produces Walmart pharmacy expense reports as Documents 09 and 10 and serves provider authorizations permitting Defendant's counsel to request records. Plaintiff will supplement promptly with responsive medical bills, explanations of benefits, liens, or charge statements when received. Plaintiff cannot produce documents not presently in his possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 2:** Hospital notes, doctor's notes, nurse's notes, medical reports, tests, or other statements by treating providers concerning medical or psychological injury allegedly suffered as a result of Defendants.

**SUPPLEMENTAL RESPONSE:**

Subject to the objections previously stated, Plaintiff supplements his production with Document 08, UNM medical records concerning the April 23, 2026 total hip arthroplasty, prior septic-arthritis history, postoperative treatment, culture findings, antibiotics, and follow-up care. Plaintiff also produces Documents 09 and 10, pharmacy expense reports identifying medications and prescribers. Plaintiff previously produced Documents 01 through 05 containing PRMC, discharge, orthopedic, imaging, and surgery-related records. Plaintiff has requested additional mental-health and provider records and will supplement upon receipt.

2

EXHIBIT G

**REQUEST FOR PRODUCTION NO. 6:** Plaintiff's state and federal income-tax returns for 2023, 2024, 2025, and 2026, including attachments; if unavailable for a year, sign the enclosed form.

**SUPPLEMENTAL RESPONSE:**

Plaintiff maintains his privacy and proportionality objections but is continuing a reasonable search for responsive financial records. No 2026 income-tax return exists because tax year 2026 is ongoing. Plaintiff has not located copies of filed returns for 2023 through 2025 in his present possession. He is attempting to obtain Social Security income statements, available W-2 forms, and tax transcripts or returns. Plaintiff will supplement responsive records after receipt and will redact full Social Security numbers, financial-account numbers, and unrelated third-party identifiers. Plaintiff does not waive the right to request appropriate confidentiality protections for sensitive financial records.

## REQUEST NO. 12 AND COURT-ORDERED NUMERICAL LIMIT

Defendant's July 27 letter requests signed authorizations under Request No. 12. Doc. 68 permits a maximum of ten requests for production by each party to any other party. Request No. 12 exceeds that limit, and Plaintiff maintains his numerical-limit objection. Without waiving that objection and to facilitate discovery, Plaintiff voluntarily serves signed authorizations for Albuquerque Behavioral Health, Presbyterian Healthcare Services, Sage Neuroscience Center, Inc., and UNM Health Sciences. The authorizations contain protected identifiers and are served privately on counsel; they must not be filed on the public docket.

## SUPPLEMENTAL PRODUCTION INDEX

Document 08 - UNM Medical Records concerning 2026 total hip arthroplasty, postoperative care, infection history, cultures, antibiotics, and follow-up (131 pages).

3

EXHIBIT G

Document 09 - Walmart Pharmacy Medical Expense Report, January 1 through December 31, 2025.

Document 10 - Walmart Pharmacy Medical Expense Report, May 3 through August 1, 2026.

Document 11 - New Mexico Tort Notice of Claim signed May 2, 2024, with receipt markings and continuation page.

Document 12 - New Mexico Risk Management correspondence dated September 3, 2025, concerning the April 25, 2024 notice.

## AUTHORIZATIONS SERVED SEPARATELY

Authorization A - Albuquerque Behavioral Health mental-health records.

Authorization B - Presbyterian Healthcare Services medical records.

Authorization C - Sage Neuroscience Center, Inc. mental-health records (Bryan Krumm).

Authorization D - UNM Health Sciences medical records.

Documents 01 through 07 remain part of Plaintiff's production and are not duplicated in this supplemental transmission unless counsel requests replacement copies.

Peter John Macias

Plaintiff, Pro Se

910 11th Avenue Northwest

Rio Rancho, New Mexico 87144

Telephone: 575-271-7715

Email: petermacias66@gmail.com

4

EXHIBIT G

5

## CERTIFICATE OF SERVICE

I certify that on August 3, 2026, I served the foregoing supplemental production package by electronic mail upon counsel for the Curry County Defendants:

1. Plaintiff's First Supplemental Responses and Objections to Defendant County's First Requests for Production;

2. Supplemental Documents 08 through 12; and

3. Authorizations A through D.


Jonlyn M. Martinez

Law Office of Jonlyn M. Martinez, LLC

jonlyn@jmartinezlaw.net


Peter John Macias

5

EXHIBIT G