Outlook

---

## Re: Plaintiff's Supplemental Discovery Responses and Production - Case No. 1:25-cv-00166-MIS-SCY (Part 1 of 2)

---

**From** Jonlyn Martinez <jonlyn@jmartinezlaw.net>

**Date** Thu 8/13/2026 9:56 AM

**To**    peter macias <petermacias66@gmail.com>

Dear Mr. Macias,

With regard to your supplemental discovery responses, I note that you have failed to sign the HIPAA releases we provided without filling in the provider. If signed releases, that leave the provider blank,  are not provided by 2:00 p.m., today, we will file a motion to compel. In addition, the Plaintiff failed to provide a list of medical and mental health providers from April 25, 2019, to present. Please be advised that this information is required by D.N.M.LR-Civ. 26.3 and was also requested in Interrogatory No. 18. Please provide this information no later than 2:00 p.m., today.

With regard to Interrogatory No. 4, your supplemental response does not list the name, address and telephone number of your adult son. Please provide this information no later than 2:00 p.m., today.

Thank you for your attention to this matter.

**Jonlyn M. Martinez**
Law Office of Jonlyn M. Martinez, LLC
P.O. Box 7265
Albuquerque, NM  87194-7265
(505) 247-9488
(505) 247-9566 (fax)

**This document and any documents attached hereto may contain privileged information. If you have received this transmission in error, please call the telephone number above and either destroy these documents or return them by U.S. mail to the mailing address above.**

---

**From:** peter macias <petermacias66@gmail.com>
**Sent:** Monday, August 3, 2026 1:30 PM
**To:** Jonlyn Martinez <jonlyn@jmartinezlaw.net>
**Subject:** Plaintiff's Supplemental Discovery Responses and Production - Case No. 1:25-cv-00166-MIS-SCY (Part 1 of 2)

Ms. Martinez:

Pursuant to my prior correspondence and Federal Rule of Civil Procedure 26(e), attached are:

1. Plaintiff's signed and verified First Supplemental Answers and Objections to Defendant County's First Set of Interrogatories;

EXHIBIT H

2. Plaintiff's First Supplemental Responses and Objections to Defendant County's First Requests for Production;

3. Supplemental Documents 09 through 12; and

4. Signed Authorizations A through D.

Because Document 08, the UNM medical-record production, is approximately 20 MB, I am transmitting it in a separate email labeled Part 2 of 2. Documents 01 through 07 were previously served and are not duplicated here.

I am continuing to obtain third-party billing, insurance, tax, and provider records and will supplement responsive materials as they are received. Please confirm receipt and advise promptly if any attachment cannot be opened.

Respectfully,

Peter John Macias

Plaintiff, Pro Se

910 11th Avenue Northwest

Rio Rancho, New Mexico 87144

Telephone: 575-271-7715

Email: petermacias66@gmail.com

EXHIBIT H