FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 13 2026

ERIK PALTROW
CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

Civ. No. 1:25-cv-00166-MIS-SCY

v.

BOARD OF COUNTY COMMISSIONERS OF CURRY COUNTY, et al.,

Defendants.

**PLAINTIFF'S NOTICE OF COMPLETION OF BRIEFING ON DOCUMENT 84**

Pursuant to D.N.M.LR-Civ. 7.4(e), Plaintiff Peter John Macias, proceeding pro se, gives notice that briefing is complete on Plaintiff's Motion to Compel Curry County Defendants to Supplement Responses to Plaintiff's First Requests for Production and Request to Change the D.N.M.LR-Civ. 26.6 Period for Good Cause, filed July 27, 2026 (Doc. 84). The related filings are:

1. Plaintiff's Motion to Compel, filed July 27, 2026 (Doc. 84);
2. Curry County's Response in Opposition, filed August 10, 2026 (Doc. 90); and
3. Plaintiff's Reply in Support, filed August 13, 2026 (Doc. No. [ 91 ]).

Plaintiff certifies that Document 84 is ready for decision.

Respectfully submitted,

/s/ Peter John Macias

PETER JOHN MACIAS
Plaintiff, Pro Se
910 11th Avenue Northwest
Rio Rancho, New Mexico 87144
Telephone: 575-271-7715
Email: petermacias66@gmail.com

## CERTIFICATE OF SERVICE

I certify that on August 13, 2026, I filed the foregoing with the Clerk of the Court and served a true and correct copy by electronic mail upon all counsel of record, including Jonlyn M. Martinez at jonlyn@jmartinezlaw.net and Augustine M. Rodriguez, Jr. at rodriguezlaw@yahoo.com.

/s/ Peter John Macias
PETER JOHN MACIAS