# EXHIBIT D

## August 13, 2026 Informal-Conference Correspondence

Request to chambers and chambers' response

Gmail

peter macias <petermacias66@gmail.com>

# Request for Informal Discovery Conference – Macias v. Curry County, No. 1:25-cv-00166-MIS-SCY

2 messages

**peter macias** <petermacias66@gmail.com> Thu, Aug 13, 2026 at 1:19 PM
To: yarbroughproposedtext@nmd.uscourts.gov
Cc: Jonlyn Martinez <jonlyn@jmartinezlaw.net>

Dear Judge Yarbrough:

Plaintiff Peter John Macias respectfully requests an informal telephonic discovery conference concerning a narrow timing dispute. The issue is whether the Court's April 22, 2026 Order (Doc. 68), which authorized limited discovery by each party to any other party, permits Plaintiff's August 5, 2026 interrogatories and requests for admission to Defendants Christopher Moreno and Taber Stanfield before those Defendants file their responsive pleadings.

On August 13, 2026, defense counsel objected under D.N.M.LR-Civ. 26.4 and stated that Defendants would not respond to the discovery at this time. Plaintiff attempted to resolve the issue by email and asked whether Defendants would agree to the Court's informal discovery-resolution procedure. Defense counsel responded that Defendants do not agree.

Plaintiff has copied defense counsel on this request and remains available at the Court's convenience.

Respectfully,

Peter John Macias
Plaintiff, Pro Se
910 11th Avenue Northwest
Rio Rancho, New Mexico 87144
575-271-7715
petermacias66@gmail.com

---

**NMDdb_Proposed Text Yarbrough** <yarbroughproposedtext@nmd.uscourts.gov> Thu, Aug 13, 2026 at 3:54 PM
To: peter macias <petermacias66@gmail.com>
Cc: Jonlyn Martinez <jonlyn@jmartinezlaw.net>

Mr. Macias,

Although Judge Yarbrough is willing to hold informal discovery conferences when both parties agree, he does not hold informal conference when one party opposes the conference. As such, Judge Yarbrough is denying your request for an informal conference at this time.

Thank you,

Kristin E. Hovie (she/her)

Chambers of the Honorable Steve Yarbrough, United States Magistrate Judge

United States District Court for the District of New Mexico

**From:** peter macias <petermacias66@gmail.com>
**Sent:** Thursday, August 13, 2026 1:20 PM
**To:** NMDdb_Proposed Text Yarbrough <yarbroughproposedtext@nmd.uscourts.gov>
**Cc:** Jonlyn Martinez <jonlyn@jmartinezlaw.net>
**Subject:** Request for Informal Discovery Conference – Macias v. Curry County, No. 1:25-cv-00166-MIS-SCY

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.