**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER MACIAS,

Plaintiff,

v. Case No.: 25cv166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS
OF CURRY COUNTY, et al.,

Defendants.

**ORDER GRANTING SURREPLY**

This matter is before the Court on Plaintiff's Motion for Leave to File a Limited Supplemental Response to Roadrunner Health Services, LLC's Motion for Summary Judgment, filed on August 3, 2026. Doc. 85. In that motion, Plaintiff requests leave to file a supplemental response to Defendant Roadrunner Heath Services, LLC's ("Roadrunner") motion for summary judgment (Doc. 55). Because Plaintiff has already filed a response to the motion for summary judgment (Doc. 70), the Court construes Plaintiff's motion as seeking leave to file a surreply. Defendant Roadrunner failed to file a response to the motion and its time to do so has expired. *See* D.N.M. LR-Civ. 7.4(a) (requiring responses to be served and filed within 14 calendar days after service). Roadrunner's failure to file and serve a response in opposition to Plaintiff's motion within the time prescribed, here, August 17, 2026, constitutes consent to grant the motion. D.N.M. LR-Civ. 7.1(b).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File a Limited Supplemental Response to Roadrunner Health Services, LLC's Motion for Summary Judgment (Doc. 85) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff shall file his Limited Supplemental Response in Opposition to Roadrunner's Motion for Summary Judgment as a separate entry on the docket no later than **Monday, August 31, 2026**.

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE