**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Peter John Macias, Plaintiff — Civ. No. 1:25-cv-00166-MIS-SCY

v. Board of County Commissioners of Curry County, et al.

# EXHIBIT E

## TORT NOTICE OF CLAIM PACKET

Notice signed May 2, 2024
Mailing envelope postmarked May 7, 2024
Risk Management received stamp dated May 15, 2024

State of New Mexico

Tort Notice of Claim

RECEIVED
MAY 15 2024
RISK MANAGEMENT

**41-4-16. Notice of Claims.**

A. **Every person who claims damages from the state or any local public body under the Tort Claims Act {41-4-1 to 41-4-27 NMSA 1978} shall cause to be presented to the Risk Management Division for claims against the state, the mayor of the municipality for claims against the municipality, the superintendent of the school district for claims against the school district, the county clerk of a county for claims against the county, or to the administrative head of any other local public body for claims such local public body, within ninety days after an occurrence giving rise to a claim for which immunity has been waived under Tort Claims Act, a written notice stating the time, place and circumstances of the loss or injury.**

**DATE OF INCIDENT:** 4/25/2024 **TIME OF INCIDENT:** between 4:33-6:00pm.

**STATE AGENCY INVOLVED:** Curry County Adult detention Center

**CLAIMANT'S NAME & ADDRESS:** c/o ~~Atc Ado~~ = peter John Macias #6273, C.C.A.D.C. 801 Mitchell Clovis, N.M. 88101 D-103

**PHONE #:** (505) 485-8235

**EMAIL:**

**LOCATION OF INCIDENT:** 801 Mitchell, Clovis N.M. 88101

(If NM Dept. of Transportation, please include road, Hwy #, mile marker and/or land mark)

**Briefly describe how the incident occurred and why you feel State Agency is at fault:** I was shot with pepper balls, Grendades, point Blank, tear Gased... for No Reason, I was Laying down in my Bunk, and choked for two days straight causing my Hurnia, to come out and been in pain since then, I need to have surgury ASAP but they refuse. I have evidence, rubber balls and paint balls w/pepper spray!!

**What are you making claim for: Please check one**

☑ **Bodily Injury** ☐ **Property Damage** ☐ **Other Types of Damages**

**Briefly describe damages:** I still choke on pepper spray, & More Left in my cell in Cracks, I had sneezed & coughed for two day +/- days which caused my Hurnia to strangleutate, and I have Asma & need surgury. And they charge me for Nurse. (Supena cameras)

(Please retain any supporting documents pertaining to your claim)

[signature] 5/2/2024

**Signature of Claimant or Lawful Representative** **Date**

**Mail, Fax, or E-Mail Tort Notice of Claim Form and supporting documents to:**

Risk Management Division P.O. Box 6850 Santa Fe, NM 87502-0110
Fax #: (505) 827-2969
PAC.Claims@gsd.nm.gov

Revised 7/2023

All of the this was because I refused to eat my tray which was refused by entire Pod, Not only the portions were missing but was dumped salt all over them. I posed No threat whatsoever to guards, If you Need more Evidence please look at Camera footage plus there is Rubber balls coated in Mace/pepper spray that I SAVed since they didnt Clean well or at all, I also can show 1/2 pepper balls with powder Mace still in My Cell that I still choke on. Feel free to look at camera footage please.

I'm requesting 30,000# for Pain Suffering. And cause Due to them Shooting Me with all that, I cant Quit Caughin Hard & Sneezing AND that is what Caused My hurnia to popp Back out, they refuse to take me to hospital for Surgurey. And the Money requested is for Medical Bill too. Please help Me.

x [signature]

5/2/2024

Peter Macias #62783
C.C. A.D.C.
801 Mitchell
Clovis, N.M.
88101

LUBBOCK TX 794
7 MAY 2024 PM 2




Risk Management Division
P.O. Box 6850
Santa Fe, N.M. 87502-0100

RECEIVED
MAY 15 2024
RISK MANAGEMENT

87502-685050