**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Peter John Macias, Plaintiff Civ. No. 1:25-cv-00166-MIS-SCY

v. Board of County Commissioners of Curry County, et al.

# EXHIBIT F
# RISK MANAGEMENT CORRESPONDENCE

Documents appear after this cover page in the following order:

1. Reissued response dated September 3, 2025
2. Original response dated May 21, 2024
3. Internal communication dated September 3, 2025
4. Plaintiff's records request dated September 2, 2025

**MICHELLE LUJAN GRISHAM**
**GOVERNOR**

**ANNA SILVA**
**ACTING CABINET SECRET**

# State of New Mexico
General Services Department

ADMINISTRATIVE SERVICES DIVISION
(505) 827-2000

FACILITIES MANAGEMENT DIVISION
(505) 827-2141

PURCHASING DIVISION
(505) 827-0472

RISK MANAGEMENT DIVISION
(505) 827-2036

STATE PRINTING & GRAPHIC SERVICES BUREAU
(505) 476-1950

TRANSPORTATION SERVICES DIVISION
(505) 827-1957

September 3, 2025

Peter Macias
652 Vancouver Rd. SE Apt. C
Rio rancho, NM 87124

Date of Loss: 04/25/2024
Claimant: Peter Macias

Dear Peter Macias:

Risk Management Division for the State of New Mexico acknowledges receipt of your Tort Claim Notice, dated May 15, 2024. Pursuant to a certificate of coverage, Risk Management Division provides indemnity to state agencies, state employees and local public bodies participating in the public liability fund. NMSA § 41-4-23. Please be advised, the Risk Management Division does not insure Curry County Detention Center, as the Detention Center does not participate in the public liability fund and does not have a certificate of coverage with Risk Management Division.

For Curry County tort claim submission please send your tort claim to ahogland@currycountynm.gov

In the absence of coverage, Risk Management Division will take no further action on your claim.
Sincerely,

Risk Management Division
State of New Mexico General Services Department

**MICHELLE LUJAN GRISHAM**
GOVERNOR

**ROBERT E. DOUCETTE, JR.**
CABINET SECRETARY

**JEANNETTE CHAVEZ**
**RMD DIRECTOR**

# State of New Mexico
## General Services Department

ADMINISTRATIVE SERVICES DIVISION
(505) 827-2000

FACILITIES MANAGEMENT DIVISION
(505) 827-2141

PURCHASING DIVISION
(505) 827-0472

RISK MANAGEMENT DIVISION
(505) 827-2036

STATE PRINTING & GRAPHIC SERVICES BUREAU
(505) 476-1950

TRANSPORTATION SERVICES DIVISION
(505) 827-1957

May 21, 2024

Peter Macias #66733
Curry County Detention Center
801 Mitchell St.
Clovis, NM 88101

Date of Loss: 04/25/2024
Claimant: Peter Macias

Dear Peter Macias:

Risk Management Division for the State of New Mexico acknowledges receipt of your Tort Claim Notice, dated May 15, 2024. Pursuant to a certificate of coverage, Risk Management Division provides indemnity to state agencies, state employees and local public bodies participating in the public liability fund. NMSA § 41-4-23. Please be advised, the Risk Management Division does not insure Curry County Detention Center, as the Detention Center does not participate in the public liability fund and does not have a certificate of coverage with Risk Management Division.

In the absence of coverage, Risk Management Division will take no further action on your claim.

Sincerely,

Risk Management Division
State of New Mexico General Services Department

| | |
|---|---|
| **From:** | Crawley, Rod, GSD on behalf of Claims, PAC, GSD |
| **To:** | Moreno, Andrea, GSD |
| **Cc:** | assignments, pac, GSD |
| **Subject:** | Macias, Peter Tort NOT Ours (Response) |
| **Date:** | Wednesday, September 3, 2025 7:43:02 AM |

See below. Response to previous denial.

Please resend the letter and include the following link to Curry County Clerk, Annie Hogland for claim submission information.

ahogland@currycountynm.gov

---

**From:** State of New Mexico, Risk Management Division <mailservices@sks.com>
**Sent:** Tuesday, September 2, 2025 8:08 PM
**To:** Claims, PAC, GSD <PAC.Claims@gsd.nm.gov>
**Subject:** [EXTERNAL] Tort Notice of Claim - New Submission

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.

**Date of Incident**

04/25/2024

**Time of Incident**

05:00 pm

**State Agency Involved**

Curry county adult detention center

**Claimant's Name**

Peter Macias

**Claimant's Address**

652 Vancouver Road Southeast apt c
Rio rancho, New Mexico 87124
United States
Map It

**Phone**

(575) 271-7715

**Email**

petermacias818@gmail.com

**Location of Incident**

801 Mitchell, Clovis nm

**Description of Incident**

Yes I did I claim on or about May 2024 and received a letter back from you saying that risk management does not ensure Curry county what happened was the lieutenant Seinfeld and Moreno and some other guards attacked me and the pod for not eating trays and also did medical indifference because I requested to go to the hospital and they never took me and I had to have a emergency surgery for septors arthritis however I did a previous claim and what I'm really needing is a copy of that letter saying that Curry county is not insured by risk management I tried calling many times to your office and emailed the PAC address and no response I need it for evidence as I have counsel and I'm going through 1983 section 42 so I need it for evidence so please email me or contact me My phone number is 575-271-7715 and my email address is petermacias818@gmail.com. thank you for your consideration

**Claim Type**

- Bodily Injury
- Other Type of Damages

**Briefly Describe Damages**

There's a series of events that cause damages The first one is on February 24th I was taken to the hospital for a hernia The doctors give me fentanyl and pushed it back in and made me an appointment follow up to meet a surge in the following week Curry county adult detention center never brought me back to that follow up resulting in a buildup of septics in my hip and requiring emergency surgery which susceptives damage permanently my hip.
On April 25th at approximately 4:30 to 5:00 p.m. The CEO's attack the pod and me without notice and the reason stated it was lieutenant Seinfeld said " you should have ate the trays". I believe that's cruel and unusual punishment and that made my hernia pop back out lieutenant Moreno knew I had a hernia cuz when he ran me through the X-ray machine and book and you could see it pop out he thought it was contraband but it was a hernia and he's the one that sent me to the hospital when the first place yeah he used a grenade launcher to attack knowing I had a hernia and I did a torque claim using risk management and I got a letter back saying that risk management does not ensure Curry county detention center so the 90 days was up as I requested proper torque claim paperwork and the county denied me so I could not get a lawyer or get help because the 90 days was up on the torque claim which I did but it didn't count cuz it gave me the wrong paperwork. Even though I know now that you don't insert Curry county detention center I pray that you can send me a copy of the original complaint sent to you around May 2024 I need it for evidence, I have to I'll go there in person I live in Rio Rancho cuz I need a copy of that letter of denial thank you for your time. If it means anything to damages to my hip keeps me from running my window tint business which I was very successful at I cannot no longer do that service for my customers I had my LLC since 2017 also boarding Mark Gallegos force me back into the county with no physical therapy and nothing but IV after 6 days when I was supposed to be in the hospital for 4 weeks and since I didn't have no physical therapy cause permanent damage to me mentally and physically.

**Signature of Claimant or Lawful Representative**

Peter Macias

**Date**

09/02/2025