**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF CURRY, d/b/a CURRY COUNTY ADULT DETENTION CENTER; CURRY COUNTY; WARDEN MARK GALLEGOS; LIEUTENANT CORDOVA; CAPTAIN CHRISTOPHER MORENO; LIEUTENANT TABER STANFIELD; ROADRUNNER HEALTH SERVICES, LLC;
and DOES 1-50,

Defendants.

Civ. No. 1:25-cv-00166-MIS-SCY

DECLARATION OF PETER JOHN MACIAS IN SUPPORT OF LIMITED SUPPLEMENTAL RESPONSE AND RULE 56(d) REQUEST

I, Peter John Macias, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action, am proceeding without counsel, and have personal knowledge of the matters stated in this declaration.

2. Exhibit E is a true and correct copy of the Tort Notice of Claim packet in my records. I signed the notice on May 2, 2024. The packet includes an envelope postmarked May 7, 2024, and a Risk Management received stamp dated May 15, 2024.

3. Exhibit F is a true and correct copy of the Risk Management correspondence in my records. After the cover page, the documents appear in this order: the September 3, 2025 reissued response; the original May 21, 2024 response; the September 3, 2025 internal email; and my September 2, 2025 records request.

4. On May 29, 2026, I served Roadrunner with requests for production seeking records relevant to its role and responsibilities. I filed a notice of service on June 2, 2026 (Doc. 73), and a motion to compel on July 20, 2026 (Doc. 78).

5. As of August 3, 2026, when I filed the motion for leave (Doc. 85), I had not received Roadrunner's complete contract with Curry County, amendments to that contract, indemnification or insurance records, or other records establishing the factual basis for Roadrunner's claimed public-employee status.

6. Those materials are maintained or controlled by Roadrunner, Curry County, or both. They may show Roadrunner's contractual and statutory status, the responsibilities assigned to Roadrunner and Curry County, and the entity responsible for notice and claim administration. I cannot testify to the contents or legal effect of records that have not been produced.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026, in Rio Rancho, New Mexico.

/s/ Peter John Macias

Peter John Macias

**DISCLOSURE AND CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

Plaintiff discloses that OpenAI Codex was used in preparing this declaration. Plaintiff certifies that he personally reviewed it and checked its factual accuracy. Plaintiff accepts responsibility for its contents under Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1746.