**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CURRY, et al.,

Defendants.

Civ. No. 1:25-cv-00166-MIS-SCY

# EXHIBIT B

## REDACTED EMAIL CORRESPONDENCE

**AUGUST 14–20, 2026**

Public-safe copy. Attachment filenames identifying medical providers and the Gmail browser-session URL have been omitted or redacted. The correspondence confirming the 22-attachment transmission is retained.

Gmail

**peter macias <petermacias66@gmail.com>**

# Good-Faith Conferral Regarding Doc. 91 and Targeted Supplementation – Macias v. Curry County

4 messages

**peter macias** <petermacias66@gmail.com> Fri, Aug 14, 2026 at 12:02 PM
To: Jonlyn Martinez <jonlyn@jmartinezlaw.net>

Ms. Martinez:

After reviewing my Gmail carefully, I located your 9:56 a.m. August 13 message inside the older August 3 "Supplemental Discovery Responses and Production – Part 1 of 2" thread. I did not see that message before Curry County filed Doc. 91, and I did not intentionally refuse to respond. During the same period, I was actively receiving and responding to the separate discovery thread concerning Defendants Moreno and Stanfield.

I remain willing to narrow the issues without further court involvement. I am preparing a further supplement that will: (1) provide the provider contact and treatment information presently known or reasonably obtainable; (2) correct the form used for the Presbyterian medical authorization; and (3) provide my adult son's identifying and contact information privately. I will continue timely supplementation under Rule 26(e) as third-party records and accurate information are received.

For each identified provider whose information I may use, I am willing to execute the correct, unmodified District of New Mexico authorization naming that provider. I maintain my objection to an authorization that leaves the provider entirely blank. D.N.M.LR-Civ. 26.3(d)(3) refers to an authorization "for each healthcare provider," the official form states that the individual provider name must be inserted, and Judge Yarbrough's decision in Channon v. Liberation Distribution, LLC, No. 1:24-cv-01124-WJ-SCY, Doc. 96, at 7–8 (D.N.M. Dec. 16, 2025), requires an unmodified authorization for each provider listed.

Please advise whether Curry County will withdraw Doc. 91 after receiving this supplementation, or at least narrow the motion to the provider-blank issue and withdraw the request for fees. I remain available for a telephone conference at a mutually reasonable time.

Respectfully,

Peter John Macias
Plaintiff, Pro Se
910 11th Avenue Northwest
Rio Rancho, New Mexico 87144
575-271-7715
petermacias66@gmail.com

**Jonlyn Martinez** <jonlyn@jmartinezlaw.net> Wed, Aug 19, 2026 at 9:50 AM
To: peter macias <petermacias66@gmail.com>

Dear Mr. Macias,

The County will withdraw its Motion to Compel if you provide the name, address and telephone number of your adult son with whom you were involved in a physical altercation and if you sign the HIPAA releases that were previously provided to you without filling in the names of the providers.

Please advise.

**Jonlyn M. Martinez**
Law Office of Jonlyn M. Martinez, LLC

P.O. Box 7265
Albuquerque, NM 87194-7265
(505) 247-9488
(505) 247-9566 (fax)

**This document and any documents attached hereto may contain privileged information. If you have received this transmission in error, please call the telephone number above and either destroy these documents or return them by U.S. mail to the mailing address above.**

---

**From:** peter macias <petermacias66@gmail.com>
**Sent:** Friday, August 14, 2026 12:02 PM
**To:** Jonlyn Martinez <jonlyn@jmartinezlaw.net>
**Subject:** Good-Faith Conferral Regarding Doc. 91 and Targeted Supplementation – Macias v. Curry County

[Quoted text hidden]

---

**peter macias** <petermacias66@gmail.com> Wed, Aug 19, 2026 at 11:35 AM
To: Jonlyn Martinez <jonlyn@jmartinezlaw.net>

Ms. Martinez:

Thank you for your response and for indicating that the County is willing to withdraw its Motion to Compel.

I am actively completing the further supplementation. I continue to receive medical treatment and physical therapy, and I am making a reasonable inquiry to ensure that the provider information I furnish is accurate and complete. I will continue timely supplementation under Fed. R. Civ. P. 26(e) as additional accurate information becomes reasonably available.

I will provide my adult son's name, address, and telephone number privately in the supplemental discovery response.

I am also preparing signed, unmodified District of New Mexico Appendix A authorizations identifying the respective healthcare providers. I am not refusing to provide medical authorizations.

I respectfully maintain my objection to signing authorizations with the healthcare-provider field entirely blank. D.N.M.LR-Civ. 26.3(d)(3) refers to an authorization "for each healthcare provider," and the District of New Mexico Appendix A form states that the individual provider name must be inserted. I also understand Judge Yarbrough's decision in Channon v. Liberation Distribution, LLC, No. 1:24-cv-01124-WJ-SCY, Doc. 96, at 7–8 (D.N.M. Dec. 16, 2025), to support providing an unmodified Appendix A authorization for each provider identified.

I am working to complete this supplementation promptly and remain willing to resolve the remaining discovery dispute without further Court involvement.

Please confirm whether, upon receipt of the adult-son information, completed provider information, and signed provider-specific Appendix A authorizations, the County will withdraw Doc. 91 in its entirety, including its request for fees and costs.

Respectfully,

Peter John Macias
Plaintiff, Pro Se
[Quoted text hidden]

---

**peter macias** <petermacias66@gmail.com> Thu, Aug 20, 2026 at 5:03 PM
To: Jonlyn Martinez <jonlyn@jmartinezlaw.net>

Ms. Martinez:

Attached are Plaintiff's signed supplemental discovery responses and the provider-specific HIPAA authorizations addressing the matters identified in Doc. 91 and your August 19, 2026 email.

This transmission contains 22 PDF attachments and is being provided privately in discovery. Please confirm that you received and can open all 22 attachments.

Consistent with your August 19 email, please also confirm that the County will withdraw Doc. 91 in its entirety, including its request for fees and costs.

Respectfully,

Peter John Macias
Plaintiff, Pro Se

**REDACTED FROM PUBLIC EXHIBIT**

Attachment filenames identifying medical providers and private discovery materials have been omitted. The email statement that 22 PDF attachments were sent is retained above.