**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

-vs- Civ. No. 1:25-CV-00166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF CURRY, d/b/a CURRY COUNTY
DETENTION CENTER, & CURRY COUNTY, &
WARDEN MARK GALLEGOS, & LIEUTENANT CORDOVA,
& CAPTAIN CHRISTOPHER MORENO, & LIEUTENANT
TABER STANFIELD, & ROADRUNNER HEALTH SERVICES, LLC., &
DOES 1-50,

Defendants.

**CERTIFICATE OF SERVICE**

The undersigned certifies that discovery in the form of Interrogatories and Requests for Production were served in the above-referenced matter by email on August 14, 2026, on Plaintiff Peter Macias, by email at <petermacias66@gmail.com>.

Respectfully submitted,
LAW OFFICE OF
AUGUSTINE M. RODRIGUEZ, L.L.C.,

*/s/Augustine M. Rodriguez*
AUGUSTINE M. RODRIGUEZ, ESQ.
P.O. Box 27178
Albuquerque, NM 87125
(505) 332-3173
*Attorney for Defendant RHS*

THIS IS TO CERTIFY that on the 14th day of August, 2026, a copy of the foregoing pleading was filed electronically through the CM/ECF, which caused the following to be served by electronic means:

Peter Macias
<petermacias66@gmail.com>

*/s/Augustine M. Rodriguez*
**AUGUSTINE M. RODRIGUEZ, ESQ.**