# EXHIBIT INDEX — MOTION ONE

Macias v. Board of County Commissioners of Curry County
No. 1:25-cv-00166-MIS-SCY

Exhibit 1. First Requests for Production (May 29, 2026)

Exhibit 2. Roadrunner responses to First Requests for Production (August 14)

Exhibit 3. August 14–September 4 production and conferral email thread

Exhibit 4. County-produced March 16 medical request (limited excerpt)

Exhibit 5. County-produced February email chain (source pages 1–2)

Exhibit 6. County-produced June/July email chain (source pages 1 and 5)

Exhibit 7. Roadrunner Exhibit D chart excerpts (source pages 37 and 119)

Exhibit 8. Roadrunner Exhibit E surgical-follow-up recommendation (source page 3)

Exhibit 9. Roadrunner Exhibit F: May 20 request, triaged May 23

Exhibit-page labels appear at the top of every reproduced page.
Black boxes remove identifiers, handwritten signatures, or unrelated medical material.
Source pages are otherwise reproduced; selected excerpts are identified above.
The Court's existing docket documents are cited in the motions, not duplicated here.
Electronic /s/ signatures in counsel's existing responses are retained.

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

PETER JOHN MACIAS,

Plaintiff,

v. Civ. No. 1:25-cv-00166-MIS-SCY

BOARD OF COUNTY COMMISSIONERS OF CURRY COUNTY, d/b/a CURRY COUNTY DETENTION CENTER; CURRY COUNTY; WARDEN MARK GALLEGOS; LIEUTENANT CORDOVA; CAPTAIN CHRISTOPHER MORENO; LIEUTENANT TABER STANFIELD; ROADRUNNER HEALTH SERVICES, LLC; and DOES 1–50,

Defendants.

PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT ROADRUNNER HEALTH SERVICES, LLC

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Peter John Macias requests that Defendant Roadrunner Health Services, LLC produce the following documents within the time permitted by the Federal Rules of Civil Procedure.

DEFINITIONS

1. "Plaintiff" means Peter John Macias.
2. "CCADC" means Curry County Adult Detention Center.

3. "Roadrunner" means Defendant Roadrunner Health Services, LLC, including its employees, nurses, contractors, agents, representatives, and all persons acting on its behalf.

4. "Document" shall have the broadest meaning permitted under Fed. R. Civ. P. 34 and includes electronically stored information, emails, text messages, electronic communications, databases, digital records, and electronically maintained medical records.

REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 1

Produce Plaintiff's complete medical file maintained by Roadrunner Health Services, LLC during Plaintiff's incarceration at Curry County Adult Detention Center from February 20, 2024 through the date of Plaintiff's release from custody.

REQUEST FOR PRODUCTION NO. 2

Produce all medical kites, sick-call requests, grievances, inmate medical requests, medical complaints, or similar submissions made by Plaintiff during his incarceration at Curry County Adult Detention Center.

REQUEST FOR PRODUCTION NO. 3

Produce all records, communications, scheduling records, appointment records, cancellation records, transport requests, transport logs, referrals, referral tracking records, or other documents relating to any follow-up treatment, surgical consultation, referral, or outside medical

appointment recommended for Plaintiff following the February 24, 2024 emergency department visit.

REQUEST FOR PRODUCTION NO. 4

Produce all communications, including emails, text messages, electronic messages, memoranda, notes, and other communications, between Roadrunner personnel and any employee, contractor, agent, representative, or official of Curry County regarding Plaintiff's medical condition, surgical follow-up, hospitalization, infection, hip condition, mobility limitations, or transport for medical treatment.

REQUEST FOR PRODUCTION NO. 5

Produce all records authored by, reviewed by, received by, communicated to, or concerning Lisa Crane, NP, relating to Plaintiff's medical treatment, complaints, requests for care, hospitalization, infection, follow-up treatment, or medical condition, including emails, text messages, chart notes, electronic medical record entries, and internal communications.

REQUEST FOR PRODUCTION NO. 6

Produce all records authored by, reviewed by, received by, communicated to, or concerning Michaela Fallis relating to Plaintiff's medical treatment, complaints, requests for care, hospitalization, infection, follow-up treatment, or medical condition, including emails, text messages, chart notes, electronic medical record entries, and internal communications.

REQUEST FOR PRODUCTION NO. 7

Produce all medication administration records, IV antibiotic records, injection records, infection monitoring records, laboratory requests, laboratory results, blood testing records, and related records concerning Plaintiff from June 22, 2024 through the date of Plaintiff's release from custody.

REQUEST FOR PRODUCTION NO. 8

Produce all physical therapy records, rehabilitation records, physical therapy instructions, mobility assessments, post-operative care records, discharge instructions, or records relating to rehabilitation or physical therapy for Plaintiff.

REQUEST FOR PRODUCTION NO. 9

Produce all policies, procedures, protocols, manuals, guidelines, or training materials in effect during 2024 regarding:

a. inmate medical emergencies;

b. hospital follow-up appointments;

c. inmate transport for outside medical care;

d. infection monitoring;

e. post-operative medical care; and

f. handling, scheduling, tracking, and documenting outside medical referrals.

REQUEST FOR PRODUCTION NO. 10

Produce all incident reports, internal reviews, investigations, audits, risk-management reviews, claims reviews, quality assurance reviews, peer reviews (to the extent discoverable), or communications concerning Plaintiff's medical care, hospitalization, septic arthritis diagnosis, infection, surgical treatment, or the allegations raised in this lawsuit.

Respectfully submitted,

---

Peter John Macias

910 11th Avenue Northwest

Rio Rancho, New Mexico 87144

petermacias66@gmail.com

Plaintiff, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of MAY, 2026, I served the foregoing Plaintiff's First Requests for Production to Defendant Roadrunner Health Services, LLC by electronic mail upon counsel of record.

[redacted]

Peter John Macias

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

-vs- Civ. No. 1:25-CV-00166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF CURRY, d/b/a
CURRY COUNTY DETENTION CENTER, &
CURRY COUNTY, &
WARDEN MARK GALLEGOS, &
LIEUTENANT CORDOVA, &
CAPTAIN CHRISTOPHER MORENO, &
LIEUTENANT TABER STANFIELD, &
ROADRUNNER HEALTH SERVICES, LLC., &
DOES 1-50,

Defendants.

**DEFENDANT ROADRUNNER HEALTH SERVICES, LLC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

**TO: Peter Macias**
910 11th Ave., NW
Rio Rancho, NM 87144
<petermacias@gmail.com>

**COMES NOW**, Defendant Roadrunner Health Services, LLC., by and through counsel, Law Office of Augustine M. Rodriguez, L.L.C., (Augustine M. Rodriguez, Esq.), and pursuant to Rule 1-036, NMRA, and LR2-122, and provides its responses to the First Set of Requests for Production, separately and fully in writing, and serve such responses, as provided by Rule 1-026, et seq., as follows:

**PRELIMINARY STATEMENT:** All answers contained herein are based solely upon such information and documents as are both presently available and specifically known to Defendant.

**GENERAL OBJECTIONS:** In addition to its specific answers and responses stated herein, Defendant incorporates and adopts by reference the following general statements and objections into each of his specific answers to responses to Requests for Production:

A. Defendant does not interpret Plaintiff's Requests as seeking privileged documents or information. To the extent necessary, Defendant invokes the attorney-client and/or attorney work product privileges.

B. Defendant submits its answers without conceding the relevancy, materiality, or admissibility of any information, documents, or other information produced, and without prejudice to his right to object to further discovery, or to the admissibility of any evidence.

C. Defendant has made a reasonable effort to respond to each Request as he understands and interprets those requests. If Plaitniff later asserts an interpretation of any Request that differs from Defendant, Defendant reserves the right to supplement or amend its objections and answers thereto.

D. Defendant answers the discovery requests by applying the plain, common sense meaning to the words and phrases. Defendant objects to any terms or definitions that are inconsistent with plain language or ordinary meaning.

E. Defendant shall supplement these answers and responses as required.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Produce Plaintiff's complete medical file maintained by Roadrunner Health Services, LLC during Plaintiff's incarceration at Curry County Adult Detention Center from February 20, 2024 through the date of Plaintiff's release from custody.

**ANSWER:**

Documents responsive to this request are attached.

**REQUEST FOR PRODUCTION NO. 2:** Produce all medical kites (sic.), sick-call requests, grievances, inmate medical requests, medical complaints, or similar submissions made by Plaintiff during his incarceration at Curry County Adult Detention Center.

**ANSWER:**

Documents responsive to this Request are attached.

**REQUEST FOR PRODUCTION NO. 3:** Produce all records, communications, scheduling records, appointment records, cancellation records, transport requests, transport logs, referrals, referral tracking records, or other documents relating to any follow-up treatment, surgical consultation, referral, or outside medical appointment recommended for Plaintiff following the February 24, 2024 emergency department visit.

**ANSWER:**

There are no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 4:** Produce all communications, including emails, text messages, electronic messages, memoranda, notes, and other communications, between Roadrunner personnel and any employee, contractor, agent, representative, or official of Curry County regarding Plaintiff's medical condition, surgical follow-up, hospitalization, infection, hip condition, mobility limitations, or transport for medical treatment.

**ANSWER:**

There are no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 5:** Produce all records authored by, reviewed by, received by, communicated to, or concerning Lisa Crane, MP, relating to Plaintiff's medical treatment, complaints, requests for care, hospitalization, infection, follow-up treatment, or medical condition, including emails, text messages, chart notes, electronic medical record entries, and internal communications.

**ANSWER:**

There are no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 6:** Produce all records authored by, reviewed by, received by communicated to, or concerning Michaela Fallis relating to Plaintiff's medical treatment, complaints, requests for care, hospitalization, infection, follow-up treatment, or medical condition, including emails, text messages, chart notes, electronic medical record entries, and internal communications.

**ANSWER:**

There are no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 7:** Produce all medication administration records, IV antibiotic records, injection records, infection monitoring records, laboratory requests, laboratory results, blood testing records, and related records concerning Plaintiff from June 22, 2024 through the date of Plaintiff's release from custody.

**ANSWER:**

Documents responsive to this request were provided with the response to Request for Production No. 1.

**REQUEST FOR PRODUCTION NO. 8:** Produce all physical therapy records, rehabilitation records, physical therapy instructions, mobility assessments, post-operative care records, discharge instructions, or records relating to rehabilitation or physical therapy for Plaintiff.

**ANSWER:**

Documents responsive to this request were provided with the response to Request for Production No. 1.

**REQUEST FOR PRODUCTION NO. 9:** Produce all policies, procedures, protocols, manuals guidelines, or training materials in effect during 2024 regarding:

a. Inmate medical emergencies;

b. Hospital follow-up appointments;

c. Inmate transport for outside medical care;

d. Infection monitoring;

e. Post operative medical care; and

f. Handling, scheduling, tracking, and documenting outside medical referrals.

**ANSWER:**

Objection, this Request seeks information that is not relevant, nor reasonably calculated to lead to the discovery of admissible information. In addition it is propounded in an effort to embarrass or harass Defendant. Notwithstanding and without waiving this objection, Correctional facility policies and procedures are governed by the National Commission on Correctional Health Care ("NCCHC") and the American Correctional Association ("ACA") standards. Curry County keeps its own facility policies and procedures for medical care. Roadrunner Health Services has supplemental policies and procedures.

**REQUEST FOR PRODUCTION NO. 10:** Produce all incident reports, internal reviews, investigations, audits, risk-management reviews, claims reviews, quality assurance reviews, peer reviews (to the extent discoverable), or communications concerning Plaintiff's medical care,

hospitalization, septic arthritis diagnosis, infection, surgical treatment, or the allegations raised in this lawsuit.

**ANSWER:**

There are no documents responsive to this request.

DATED: August 14, 2026.

Respectfully submitted,

LAW OFFICE OF
AUGUSTINE M. RODRIGUEZ, L.LC.,

*/s/ Augustine M. Rodriguez*

AUGUSTINE M. RODRIGUEZ, ESQ.
P.O. Box 27178
Albuquerque, New Mexico 87125
Telephone: (505) 332-3173
Email: rodriguezlaw@yahoo.com

Gmail **peter macias <petermacias66@gmail.com>**

## Macias v. Curry County et al.; 25-cv-00166: Discovery Responses

7 messages

**Augustine Rodriguez** <rodriguezlaw@yahoo.com> Fri, Aug 14, 2026 at 4:46 PM
To: Peter Macias <petermacias66@gmail.com>
Cc: Augustine Rodriguez <rodriguezlaw@yahoo.com>, "Jonlyn@jmartinezlaw Net" <jonlyn@jmartinezlaw.net>

Mr. Macias,

Please find attached the responses to the Requests for Production. Thank you.

Augustine M. Rodriguez, Esq.
P.O. Box 27178
Albuquerque, NM 87125
(505) 332-3173

5931 Jefferson St., NE
Albuquerque, NM 87109

rodriguezlaw@yahoo.com
www.lawofficeofaugustinerodriguez.com

CONFIDENTIALITY NOTICE:

This E-Mail and any files accompanying its transmission is intended only for the recipient to whom it is addressed. This transmission may contain information that is legally privileged, confidential attorney client communication, or both. If you have received this E-Mail in error, please immediately notify the Sender by E-Mail or telephone to arrange for return of the E-Mail and attachments to us. You are hereby notified that you must delete from your system the original E-Mail. You are further notified that any disclosure, copying, forwarding, or other distribution of this E-Mail, including its attachments, or the taking of any action in reliance upon the information contained in this E-Mail or attachments, is strictly prohibited.

If any of the information you receive in the E-Mail or its attachments appears corrupt or missing, please contact the Sender immediately.

**12 attachments**

**ANSWERS TO DISCOVERY MACIAS-RHS.pdf**
299K

**EXHIBIT A CorEMR - MACIAS, PETER J - #[redacted] [redacted] __ Full Patient History _ v5.5.0 INTAKE.pdf**
438K

**EXHIBIT B CorEMR - MACIAS, PETER J - #[redacted] [redacted] __ Full Patient History _ v5.5.0 NSC.pdf**
480K

**EXHIBIT C CorEMR - MACIAS, PETER J - #[redacted] [redacted] __ Full Patient History _ v5.5.0 RE HERNIA BELT.pdf**

316K

**EXHIBIT D CorEMR - MACIAS, PETER J - #[redacted] [redacted] __ Full Patient History _ v5.5.0.pdf**
7056K

**EXHIBIT E PRESBYTERIAN MEDICAL RECORDS PETER MACIAS PRMC REC.pdf**
2484K

**EXHIBIT F INMATE MEDICAL REQUEST FORM PETER MACIAS NSC 2.pdf**
436K

**EXHIBIT G PLAINS MEDICAL PRESBYTERIAN PETER MACIAS.pdf**
4259K

**EXHIBIT H HERNIA BELT RECEIPT PETER MACIAS.pdf**
487K

**EXHIBIT I INMATE MEDICAL REQUEST FORM PETER MACIAS NSC.pdf**
499K

**EXHIBIT J POST SURGERY CARE PETER MACIAS cdd.pdf**
7472K

**8.14.2026 Certificate of Service Discovery-RHS.pdf**
314K

---

**peter macias** <petermacias66@gmail.com> Thu, Aug 20, 2026 at 10:49 AM
To: petermacias818@gmail.com

[Quoted text hidden]

---

**12 attachments**

**ANSWERS TO DISCOVERY MACIAS-RHS.pdf**
299K

**EXHIBIT A CorEMR - MACIAS, PETER J - #[redacted] __ Full Patient History _ v5.5.0 INTAKE.pdf**
438K

**EXHIBIT B CorEMR - MACIAS, PETER J - #[redacted] __ Full Patient History _ v5.5.0 NSC.pdf**
480K

**EXHIBIT C CorEMR - MACIAS, PETER J - #[redacted] __ Full Patient History _ v5.5.0 RE HERNIA BELT.pdf**
316K

**EXHIBIT D CorEMR - MACIAS, PETER J - #[redacted] __ Full Patient History _ v5.5.0.pdf**
7056K

**EXHIBIT E PRESBYTERIAN MEDICAL RECORDS PETER MACIAS PRMC REC.pdf**
2484K

**EXHIBIT F INMATE MEDICAL REQUEST FORM PETER MACIAS NSC 2.pdf**
436K

**EXHIBIT G PLAINS MEDICAL PRESBYTERIAN PETER MACIAS.pdf**
4259K

**EXHIBIT H HERNIA BELT RECEIPT PETER MACIAS.pdf**
487K

**EXHIBIT I INMATE MEDICAL REQUEST FORM PETER MACIAS NSC.pdf**
499K

**EXHIBIT J POST SURGERY CARE PETER MACIAS cdd.pdf**
7472K

**8.14.2026 Certificate of Service Discovery-RHS.pdf**
314K

---

**peter macias** <petermacias66@gmail.com> Fri, Aug 21, 2026 at 3:10 AM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez:

Thank you for Roadrunner Health Services, LLC's August 14, 2026 discovery responses and production.

In light of the Court's August 19, 2026 Order granting Plaintiff's Motion to Compel, Doc. 94, and requiring Roadrunner's responses and objections by September 2, 2026, I am identifying the following limited matters so they may be addressed in Roadrunner's compliance.

First, Roadrunner responded to Request for Production No. 2 by stating that responsive medical requests and similar submissions were attached. The produced medical history includes a May 23, 2024 Priority 1 appointment entry reflecting a request for a new hernia belt and a stated need to go to the hospital for X-rays of the hip/hernia because of severe pain.

Please identify and produce the inmate medical request, sick-call request, kite, electronic submission, or other source record underlying that May 23 entry. Please also supplement the production with any other such submissions from February 24 through June 21, 2024 reflecting requests to return to the hospital, obtain outside evaluation or imaging, or complaints of hip or hernia pain. If no separate source record exists for the May 23 entry, please state that clearly and identify what information or record generated the entry.

Second, Roadrunner's response to Request for Production No. 6 states that there are no responsive records concerning Michaela Fallis. However, the CorEMR medical history produced as Exhibit D contains entries attributed to Michaela

Fallis, including intake and medical-history entries. Please clarify whether Roadrunner intended its response to exclude the chart entries contained in Exhibit D or whether the response should be supplemented or corrected.

Third, Roadrunner's response to Request for Production No. 9 states that Roadrunner has supplemental policies and procedures, but I did not identify any such policies among Exhibits A through J. Please identify and produce the supplemental Roadrunner policies and procedures responsive to the specific subjects listed in Request No. 9, or clarify whether Roadrunner is withholding them based on its objection.

This request is limited to clarification and supplementation of Roadrunner's existing responses. I am not asserting that the May 23 entry establishes when any infection began. I am requesting the source material relevant to the documented symptom, request, and notice chronology.

Please address these matters in Roadrunner's compliance with Doc. 94 by September 2, 2026, so the parties can avoid further motion practice.

Respectfully,

Peter John Macias
Plaintiff, Pro Se
[Quoted text hidden]

---

**peter macias** <petermacias66@gmail.com> Fri, Aug 21, 2026 at 11:37 AM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez:

I am supplementing my good-faith conferral email from earlier today after comparing Roadrunner's August 14 production with records subsequently obtained from Curry County through IPRA.

For ease of reference, I have attached:

1. VendEngine Medical Requests.pdf;

2. Roadrunner Email MAC_ PET 02212024.pdf; and

3. Roadrunner Email MAC_ PET 06232024.pdf.

The attached VendEngine records include a March 16, 2024 request in which I reported that the hospital surgeon wanted me to return in approximately one week but that the return visit had not occurred. Please include in Roadrunner's supplementation the original Roadrunner-side record of that request, its routing or audit history, Roadrunner's complete response, and any resulting referral, appointment, scheduling, cancellation, transportation, or follow-up records.

The attached February email chain also states that an offsite-return form had not been completed and that Roadrunner faxed a release of information to obtain the complete hospital encounter. Please produce the release request, records received in response, offsite-return documentation, hospital recommendations or discharge instructions, and any records concerning the recommended surgical follow-up.

The attached email chains also contain communications by Michaela Fallis and Lisa Crane and refer to additional records and attachments. Please consider these records when supplementing or correcting Roadrunner's responses, including its responses concerning Roadrunner–County communications and records involving those individuals.

These County-produced documents are provided to help identify responsive Roadrunner records. I do not represent that the County's IPRA production constitutes Roadrunner's complete records.

Please address these matters as part of Roadrunner's compliance with Doc. 94 by September 2, 2026.

Respectfully,

Peter John Macias
Plaintiff, Pro Se

[Quoted text hidden]

---

**3 attachments**

**VendEngine - Print Request Detailed Medical Requests.pdf**
158K

**Roadrunner Email MAC_ PET 02212024 (1).pdf**
681K

**Roadrunner Email MAC_ PET 06232024 (1).pdf**
2993K

---

**peter macias** <petermacias66@gmail.com> Thu, Sep 3, 2026 at 11:03 AM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez:

I am following up regarding Roadrunner Health Services, LLC's compliance with the Court's August 19, 2026 Order at Doc. 94, which required Roadrunner's responses and objections by September 2, 2026.

As reflected in my August 21 email, I previously received and reviewed Roadrunner's August 14 discovery responses and identified limited matters for clarification and supplementation in Roadrunner's compliance with Doc. 94.

The September 2 deadline has now passed. As of this morning, September 3, 2026, I have not located any further responses or objections from Roadrunner in my email, including spam, or on the docket.

Please confirm whether Roadrunner served the responses and objections required by Doc. 94. If service occurred, please identify the date and method of service and resend the materials or provide the applicable link.

If service did not occur, please provide the Court-ordered responses and objections immediately.

To allow a reasonable opportunity to clarify or cure this issue before I consider seeking further relief from the Court, please respond to this inquiry by **5:00 p.m. on September 4, 2026**.

I am making this inquiry in good faith in an effort to resolve the matter without further Court intervention.

Respectfully,

Peter John Macias
Plaintiff, Pro Se

[Quoted text hidden]

---

**peter macias** <petermacias66@gmail.com> Fri, Sep 4, 2026 at 5:22 PM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez,

I am writing regarding the Court's August 19, 2026 Order granting my Motion to Compel, Doc. 94. The Order required Roadrunner Health Services, LLC to serve its responses and objections to my First Requests for Production by September 2, 2026.

I have reviewed the materials previously provided by Roadrunner and the Certificate of Service filed as Doc. 105. Doc. 105 refers to discovery served on August 14, 2026. I have not located any separate supplemental response or production served on or by the September 2, 2026 court-ordered deadline.

Please confirm whether Roadrunner contends that its August 14 responses and production fully satisfy Doc. 94. If so, please identify specifically how the prior production addresses the outstanding deficiencies that resulted in the Court granting my motion to compel.

If Roadrunner does not contend that the August 14 materials fully satisfy Doc. 94, please provide the outstanding responses and responsive materials.

I am available for a brief telephone meet-and-confer on Tuesday, September 8, 2026, to address these issues. I am making this request in a good-faith effort to resolve the matter without further Court intervention.

Please provide any outstanding responses and responsive materials, or confirm Roadrunner's position in writing, no later

than Wednesday, September 9, 2026.

If the matter is not resolved by then, I intend to seek appropriate relief from the Court under Federal Rule of Civil Procedure 37(b).

Thank you,

Peter John Macias
Plaintiff, Pro Se
Macias v. Board of County Commissioners of Curry County, et al.
No. 1:25-cv-00166-MIS-SCY
[Quoted text hidden]

---

**peter macias** <petermacias66@gmail.com> Fri, Sep 4, 2026 at 9:29 PM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez,

I am sending this correction to clarify my prior email regarding Roadrunner Health Services, LLC's compliance with the Court's August 19, 2026 Order, Doc. 94.

Doc. 94 granted my Motion to Compel and required Roadrunner to serve its responses and objections to my First Requests for Production by September 2, 2026.

Roadrunner's August 14, 2026 discovery responses predate Doc. 94 and were the responses that led to the motion-to-compel dispute. I therefore do not consider the August 14 materials, by themselves, to constitute the later compliance required by the Court's August 19 Order.

As of today, I have not located any supplemental responses, corrected objections, or additional production served by Roadrunner on or before the September 2, 2026 court-ordered deadline.

Please provide the responses, objections, supplementation, and responsive materials required by Doc. 94, including the outstanding matters identified in my prior August 21 correspondence.

I remain available for a brief telephone meet-and-confer on Tuesday, September 8, 2026, to address the outstanding compliance issues. I am making this request in a good-faith effort to resolve the matter without further Court intervention.

Please provide the outstanding materials or otherwise state Roadrunner's position in writing no later than Wednesday, September 9, 2026.

If the matter is not resolved by then, I intend to seek appropriate relief from the Court under Federal Rule of Civil Procedure 37(b).

Thank you,

Peter John Macias
Plaintiff, Pro Se
Macias v. Board of County Commissioners of Curry County, et al.
No. 1:25-cv-00166-MIS-SCY
[Quoted text hidden]

## Report - Inmates Request History Detail

| | | | |
|---|---|---|---|
| Inmate Name | PETER MACIAS | Inmate ID | [redacted] |
| Created | 03/16/2024 3:00:59 pm MST | Request ID | 4593888 |
| Location | D 102 C | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | In Progress | Status Entered | 03/21/2024 10:25:47 am MST |
| Status By | Ritchi Garcia | | |

| | |
|---|---|
| Request | I truly believe that my heeia belt came in too late. And I request that I go back to the hospital to get it PUSHED BACK In or surgery.Then I can keep it pushed in with belt and possibly heal back in its place. The hospital visit from her bout a month ago the surgeon requested I be seen by the hospital again in a week but I never went .the huria pushed in OK for first couple of days but then it got worse like it was at first .so I please request to go back to hospital to get it pushed back in cxause I'm in severe pain and can barely walk at times . p!ease ..thanks ..it took bout a !month to gets my belt .and I can't push it back in myself . thanks |
| Admin Notes | |
| Notes to Inmate | Hello, Due to provider information. You have already been seen in clinic. Will follow up in 90 days. Thank you |

| | | | |
|---|---|---|---|
| Inmate Name | PETER MACIAS | Inmate ID | [redacted] |
| Created | 03/16/2024 3:03:58 pm MST | Request ID | 4593899 |
| Location | D 102 C | Kiosk | (unknown) |

[redacted]

Outlook

**Fw: Curry intake, MAC, PET**

**From** Michaela Fallis <m.fallis@roadrunnerhealthservicesnm.org>
**Date** Fri 7/31/2026 11:01 AM
**To** Pamela Bayes <p.bayes@roadrunnerhealthservicesnm.org>

Get Outlook for iOS

**From:** Michaela Fallis <m.fallis@roadrunnerhealthservicesnm.com>
**Sent:** Monday, 26 February 2024 09:46:10
**To:** Davisa Montoya <davisa.montoya@roadrunnerhealthservicesnm.com>
**Cc:** Lisa Crane <l.crane@roadrunnerhealthservicesnm.com>; Alyssa Ellison <a.ellison@roadrunnerhealthservicesnm.com>; Aiste Chamblin <a.chamblin@roadrunnerhealthservicesnm.com>; CCADC Provider Group <provider.curry@roadrunnerhealthservicesnm.com>; Wakenda Jake <w.jake@roadrunnerhealthservicesnm.com>
**Subject:** Re: Curry intake, MAC, PET

I would say small/med.

On Mon, Feb 26, 2024 at 9:36 AM Davisa Montoya <davisa.montoya@roadrunnerhealthservicesnm.com> wrote:

> Thank you. For hernia belt, does he need Small/med or large/xl?
>
> Davisa Montoya, Registered Nurse
>
> Regional Director of Nursing
> Roadrunner Health Services, LLC
>
> P[redacted]
>
> davisa.montoya@roadrunnerhealthservicesnm.com
>
> Roadrunnerhealthservices.com - website
>
> On Feb 26, 2024, at 10:34 AM, Michaela Fallis <m.fallis@roadrunnerhealthservicesnm.com> wrote:
>
> He has returned. I am unsure of what time or date there was not an offsite return filled out, he is still reporting pain but hernia is reducible. I faxed over a ROI to get full encounter I will send a copy as soon as it is available.
>
> On Mon, Feb 26, 2024 at 9:22 AM Davisa Montoya <davisa.montoya@roadrunnerhealthservicesnm.com> wrote:
>
>> Did this patient return? What is his status?
>>
>> Davisa Montoya, Registered Nurse
>>
>> Regional Director of Nursing
>> Roadrunner Health Services, LLC
>>
>> [redacted]
>>
>> davisa.montoya@roadrunnerhealthservicesnm.com
>>
>> Roadrunnerhealthservices.com - website
>>
>> On Feb 24, 2024, at 6:10 PM, Lisa Crane <l.crane@roadrunnerhealthservicesnm.com> wrote:
>>
>> Noted
>> Thank you
>>
>> Lisa A Crane, FNP-C
>> Roadrunner Health Services
>> 4320 The 25 Way, Ste 400
>> Albuquerque, NM 87109

[redacted]
l.crane@roadrunnerhealthservicesnm.com

On Sat, Feb 24, 2024 at 6:09 PM Alyssa Ellison <a.ellison@roadrunnerhealthservicesnm.com> wrote:
Unable to reach ER staff. Spoke with an officer who is with detainee at ER. He stated they were still in the holding area and have not been assessed yet.

On Sat, Feb 24, 2024 at 2:16 PM Alyssa Ellison <a.ellison@roadrunnerhealthservicesnm.com> wrote:
Report called to ER spoke with Cheryl RN. Detainene en route to PRMC via security transport. No hernia belts on site. Spoke with Davisa, RN working on getting one ordered for him.

On Sat, Feb 24, 2024 at 1:51 PM Alyssa Ellison <a.ellison@roadrunnerhealthservicesnm.com> wrote:
Upon assessment detainee has palpable mass to RT inguinal area. Unable to reduce when supine. Rating pain 8 out of 10. Gait unsteady reporting it hurts worse to walk. Reporting last BM yesterday "mix of diarrhea and normal but I didn't look at it." VS WDL. Reported dx of inguinal hernia 6 years ago. Worsened last year. Reported he was told to go to ER for assessment prior to getting arrested. for Notified Lisa Crane, FNP. Received orders for ER send out. Routine transport. Notified LT. Notified Davisa, RN. At this time the detainee is in holding waiting for security transport.

On Sat, Feb 24, 2024 at 9:36 AM Aiste Chamblin <a.chamblin@roadrunnerhealthservicesnm.com> wrote:
Please assess patient, including Valsalva maneuver. If need guidance call.

On Sat, Feb 24, 2024 at 1:53 AM Wakenda Jake <w.jake@roadrunnerhealthservicesnm.com> wrote:
Lt. Carter notified medical, detainee is complaining of pain from inguinal hernia and is unable to sleep. Detainee states he is supposed to have surgery before he was incarcerated. Upon accessing detainee, he was able to ambulate to vesicle on his own but complained of 9/10 pain, vitals were obtained. Detainee did not receive acetaminophen during 2/23/24 PM med pass. He was given Acetaminophen 500mg 2 tabs for pain and informed detainee he is scheduled to be seen today for nurse sick call for proper examination and if pain worsens to notify medical. Detainee verbalized understanding.

[redacted]

Outlook

**Fw: CURRY-sick call, MAC, PET**

**From** Michaela Fallis <m.fallis@roadrunnerhealthservicesnm.org>
**Date** Fri 7/31/2026 11:00 AM
**To** Pamela Bayes <p.bayes@roadrunnerhealthservicesnm.org>

Get Outlook for iOS

**From:** Michaela Fallis <m.fallis@roadrunnerhealthservicesnm.com>
**Sent:** Monday, 01 July 2024 16:10:38
**To:** Lisa Crane <l.crane@roadrunnerhealthservicesnm.com>
**Cc:** Tysen McKinney <t.mckinney@roadrunnerhealthservicesnm.com>; Anthony McCort <a.mccort@roadrunnerhealthservicesnm.com>; Aristea Villanueva <a.villanueva@roadrunnerhealthservicesnm.com>; Breanna Rodriguez <b.rodriguez@roadrunnerhealthservicesnm.com>; CCADC Provider Group <provider.curry@roadrunnerhealthservicesnm.com>; Davisa Montoya <davisa.montoya@roadrunnerhealthservicesnm.com>; Don Douglas <d.douglas@roadrunnerhealthservicesnm.com>; Donnelle Jones <d.jones@roadrunnerhealthservicesnm.com>; Katherine Armijo <k.armijo@roadrunnerhealthservicesnm.com>; Kelsie Rodriguez <k.rodriguez@roadrunnerhealthservicesnm.com>; Kimberlee Bagby <k.bagby@roadrunnerhealthservicesnm.com>; Rigo Acuna <r.acuna@roadrunnerhealthservicesnm.com>; Ritchi Garcia <r.garcia@roadrunnerhealthservicesnm.com>
**Subject:** Re: CURRY-sick call, MAC, PET

Spoke with nurse to schedule this detainees F/U it is scheduled for 07/09/24 @0830. She also said they received a positive culture for E. Coli and is requesting us begin Cipro 500mg BID x14days is this order okay to initiate?

On Mon, Jul 1, 2024 at 3:48 PM Lisa Crane <l.crane@roadrunnerhealthservicesnm.com> wrote:

> Noted
> Thank you
>
> Lisa A Crane, FNP-C
> Roadrunner Health Services
> 4320 The 25 Way, Ste 400
> Albuquerque, NM 87109
>
> [redacted]
> l.crane@roadrunnerhealthservicesnm.com
>
> On Mon, Jul 1, 2024 at 3:20 PM Tysen McKinney <t.mckinney@roadrunnerhealthservicesnm.com> wrote:
>
>> Received and all supplies have been ordered to be overnight shipped to the facility.
>>
>> Tysen McKinney
>> Health Services Administrator
>> Roadrunner Health Services, LLC
>> 801 Mitchell St, Clovis, NM 88101
>> [redacted]
>>
>> On Mon, Jul 1, 2024 at 4:16 PM Lisa Crane <l.crane@roadrunnerhealthservicesnm.com> wrote:
>>
>>> Please confirm this was received and supplies are being ordered
>>> Thank you
>>>
>>> Lisa A Crane, FNP-C
>>> Roadrunner Health Services
>>> 4320 The 25 Way, Ste 400
>>> Albuquerque, NM 87109
>>>
>>> [redacted]
>>> l.crane@roadrunnerhealthservicesnm.com
>>>
>>> On Mon, Jul 1, 2024 at 2:22 PM Lisa Crane <l.crane@roadrunnerhealthservicesnm.com> wrote:
>>>
>>>> All,
>>>> Just received phone call and IVPB supplies also need ordered and then 2 GM Rocephin infused daily over no less than 30 minutes. Not IV push!
>>>> Patient must stay in med obs while IV is in place, even the heplock.
>>>> Until IV supplies arrive, Give 1 GM Rocephin in 2 different sites to total 2 GM per day and alternate muscle sites, do not always use the hip.

<IMG_0395.jpg>

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information that is privileged and confidential. Protected Health Information may be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

On Sat, Jun 29, 2024 at 12:46 PM Donnelle Jones <d.jones@roadrunnerhealthservicesnm.com> wrote:

Lisa, please see attached ER Summary from today. Mindy at the ER reported to us that they were going to give the injection IM. I did not authorize this route. She also advised that the ER can not do this every day. Advised to have case worker call Tyson Monday to sort out details.

On Sat, Jun 29, 2024 at 10:40 AM Lisa Crane <l.crane@roadrunnerhealthservicesnm.com> wrote:

I spoke with Dr. Donaldson and he states patient can be sent to the ER today and tomorrow for IV antibiotics. Hospital outpatient services will be need to be contacted on Monday to see if daily treatments can be set up. Dr. Donaldson did state he is not sure they will accommodate an inmate but that we can try. He absolutely disagrees with Im injections or IV push for this long period of treatment. I have spoke with Dr. Chamblin and IV medications are not done in jail or prison usually.
Thank you. Please reach out for any questions.

Lisa A Crane, FNP-C
<IMG_0395.jpg>

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information that is privileged and confidential. Protected Health Information may be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

On Sat, Jun 29, 2024 at 8:32 AM Lisa Crane <l.crane@roadrunnerhealthservicesnm.com> wrote:

After speaking with Kathy from Regional, patient will need to be sent to the ER for treatment today. Will need to be set up for daily outpatient administration of medication with hospital. If any further information is received, I will let you know.
Thank you,

Lisa A Crane, FNP-C
<IMG_0395.jpg>

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information that is privileged and confidential. Protected Health Information may be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

On Sat, Jun 29, 2024 at 7:56 AM Lisa Crane <l.crane@roadrunnerhealthservicesnm.com> wrote:

The order from the hospital is IVPB.

[redacted]

| | | | | |
|---|---|---|---|---|
| RHS Chronic Care | Diagnosis and Findings: | [redacted] Left inguinal hernia | Crane, Lisa | 03-02-2024 9:26 am |
| RHS Chronic Care | Plan (mediations, labs etc.) : (If follow-up, document condition states: improved, no change, worsening, etc.) | Follow up in 90 days and PRN for [redacted] and hernia Hernia belt | Crane, Lisa | 03-02-2024 9:26 am |

[redacted]

| | | | | |
|---|---|---|---|---|
| RHS Chronic Care | Off-site Provider/Facility/Treatment Referral: | Yes (Will monitor for need to surgeon for hernia repair) | Crane, Lisa | 03-02-2024 9:26 am |
| RHS Chronic Care | Return to Clinic: | 90 Days | Crane, Lisa | 03-02-2024 9:26 am |

[redacted]

[redacted]

| | | | | |
|---|---|---|---|---|
| 07-01-2024 1:01 pm | Spoke with nurse with general surgery to discuss possible PICC line placement said that they may require detainee to be inpatient but will get with a surgeon then call us back provided medical cell phone number. | FALLIS, MICHAELA | Medical Staff | Medical Note |
| 07-01-2024 4:13 pm | Spoke with nurse to schedule this detainees F/U it is scheduled for 07/09/24 @0830. She also said they received a positive culture for E. Coli and is requesting us begin Cipro 500mg BID x14days notified L. Crane. | FALLIS, MICHAELA | Medical Staff | Medical Note |

[redacted]

Official Copy

**PRESBYTERIAN**

2100 Dr. Martin Luther Kin[redacted]ex: M
Clovis NM 88101
Standard Report

**ED Provider Notes (continued)**

**ED Provider Notes by Lockett, Mark David, MD at 2/24/2024 7:17 PM (continued)**

Tenderness: There is no abdominal tenderness.
Comments: **Patient has a large left inguinal hernia.**

Neurological:
Mental Status: He is alert.

No annotated images are attached to the encounter.

Procedures

**Assessment & Plan**

**Medical Decision Making**

Patient was placed in the room and examined he did have a fairly pronounced left inguinal hernia. IV access was obtained 2 mg of IV Versed and 25 mg of fentanyl were administered. The patient was placed in about 1 foot of Trendelenburg position. After the medications were pushed gentle pressure rapidly reduced the hernia. Dr. Pittman our general surgeon was in the ER seeing another patient and she rapidly evaluated the patient and agreed that the hernia had been successfully reduced and will see the patient in the clinic this week to consider surgical repair

Risk
Prescription drug management.

ED Scoring Tools
No documentation.

Lockett, Mark David, MD
02/25/24 0911

Electronically signed by Lockett, Mark David, MD on 2/25/2024 9:11 AM

**ED Notes**

**ED Notes by Thomas, Hannah C, RN at 2/24/2024 6:10 PM**

ROADRUNNER
HEALTH SERVICES

INMATE REQUEST FOR HEALTHCARE (SICK CALL REQUEST)

Inmate Request

Print Name: Peter Macias Date of Request: 5/20/2024

ID # [redacted] DOB: [redacted] Housing Location D-103

Nature of Problem or request: (Circle One) (Medical — circled) Mental Health Dental

request New Hurnia Belt, and Need to go to hospital for Xrays of my hip / Hurnia. IN Severe Pain, please!!

I consent to be treated by healthcare staff for the condition described [redacted]

** PLACE THIS SLIP IN MEDICAL REQUEST OR DESIGNATED AREA**

DO NOT WRITE BELOW THIS AREA

Triaged by: [redacted] Referred to: (Nursing — circled) Physician Physician assistant Nurse Practitioner Mental Health Dental Other:

Date/Time: 5-23-24 0247

HEALTHCARE DOCUMENTATION

Subjective:

Objective: BP____ T____ P____ R____ Wt.____

Assessment:

Plan:

Inmate education reviewed and handout given to inmate

Refer to: Physician Physician assistant Nurse Practitioner Mental Health Dental Other:

Staff Signature: Date/Time

Staff Title:

# SUPPLEMENTAL EXHIBIT INDEX — MOTION ONE

S1 — September 16–17 concurrence emails (2 pages)

S2 — September 17 response email excerpt (2 pages)

S3 — September 17 answers and admission responses (7 pages)

Earlier exhibit labels remain unchanged.

Citations use each exhibit's own page number.

S2 page 1 excludes earlier quoted emails.

Original sources are preserved.

Gmail **peter macias <petermacias66@gmail.com>**

# Macias v. Curry County — Request for concurrence in two proposed discovery motions

2 messages

**peter macias** <petermacias66@gmail.com> Wed, Sep 16, 2026 at 10:52 AM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez:

Attached are two unsigned proposed motions, not yet filed:

1. A motion to enforce Doc. 94 and obtain complete responses to the disputed production requests, including an extension of my motion-filing deadline to the extent required.
2. A motion seeking verified interrogatory answers and appropriate relief concerning my August 5 requests for admission, including the alternative deadline-extension and service relief described in the draft.

Please state whether Roadrunner concurs in or opposes each motion and the requested alternative relief. I remain willing to resolve these disputes without further court action. Please identify any discovery you will supplement or any separate interrogatory answers or admission responses you contend were already served, including when and how.

I will attempt to reach you by telephone to discuss these requests.

Thank you,
Peter John Macias
Plaintiff, Pro Se

**2 attachments**

**01_Motion_Enforce_Doc94_UNSIGNED.pdf**
221K

**02_Motion_Interrogatories_Admissions_UNSIGNED.pdf**
222K

**peter macias** <petermacias66@gmail.com> Thu, Sep 17, 2026 at 9:26 AM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez:

I am following up on the two proposed motions I emailed yesterday and my telephone attempts to reach your office.

Please advise by 2:00 p.m. Mountain Time today whether Roadrunner opposes each motion, including the alternative relief requested. If a brief discussion could resolve or narrow the disputes, please let me know your availability before then.

I intend to proceed with seeking court relief after that time. If I receive no response, I will accurately report my efforts and that I could not ascertain Roadrunner's position, rather than represent that you consented.

Thank you,I attempted to reach your office twice this morning, but neither call was answered and no voicemail was available. I plan to try once more around 10:00 a.m. Mountain Time. If another time before 2:00 p.m. works better, please let me know. my phone number is : 575-271-7715

Peter John Macias
Plaintiff, Pro Se

[Quoted text hidden]

[redacted]

---

**Augustine Rodriguez** <rodriguezlaw@yahoo.com> Thu, Sep 17, 2026 at 11:58 AM
To: peter macias <petermacias66@gmail.com>
Cc: Augustine Rodriguez <rodriguezlaw@yahoo.com>, "Jonlyn@jmartinezlaw Net" <jonlyn@jmartinezlaw.net>

Mr. Macias,

Please find attached the answers to the Interrogatories and Requests for Admissions that were served on September 10, 2026. Thank you.

Augustine M. Rodriguez, Esq.
P.O. Box 27178
Albuquerque, NM 87125
(505) 332-3173

5931 Jefferson St., NE
Albuquerque, NM 87109

rodriguezlaw@yahoo.com
www.lawofficeofaugustinerodriguez.com

CONFIDENTIALITY NOTICE:

This E-Mail and any files accompanying its transmission is intended only for the recipient to whom it is addressed. This transmission may contain information that is legally privileged, confidential attorney client communication, or both. If you have received this E-Mail in error, please immediately notify the Sender by E-Mail or telephone to arrange for return of the E-Mail and attachments to us. You are hereby notified that you must delete from your system the original E-Mail. You are further notified that any disclosure, copying, forwarding, or other distribution of this E-Mail, including its attachments, or the taking of any action in reliance upon the information contained in this E-Mail or attachments, is strictly prohibited.

If any of the information you receive in the E-Mail or its attachments appears corrupt or missing, please contact the Sender immediately.

---

**ANSWERS TO INTERROGATORIES MACIAS-RHS.pdf**
300K

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

-vs- Civ. No. 1:25-CV-00166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF CURRY, d/b/a
CURRY COUNTY DETENTION CENTER, &
CURRY COUNTY, &
WARDEN MARK GALLEGOS, &
LIEUTENANT CORDOVA, &
CAPTAIN CHRISTOPHER MORENO, &
LIEUTENANT TABER STANFIELD, &
ROADRUNNER HEALTH SERVICES, LLC., &
DOES 1-50,

Defendants.

**DEFENDANT ROADRUNNER HEALTH SERVICES, LLC.'S ANSWERS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION TO DEFENDANT**

**TO:** **Peter Macias**
910 11th Ave., NW
Rio Rancho, NM 87144
<petermacias@gmail.com>

**COMES NOW**, Defendant Roadrunner Health Services, LLC., by and through counsel, Law Office of Augustine M. Rodriguez, L.L.C., (Augustine M. Rodriguez, Esq.), and pursuant to Rule 1-036, NMRA, and LR2-122, and provides its responses to the First Set of Requests for Production, separately and fully in writing, and serve such answers and responses, as provided by Rule 1-026, et seq., as follows:

**PRELIMINARY STATEMENT:** All answers contained herein are based solely upon such information and documents as are both presently available and specifically known to Defendant.

**GENERAL OBJECTIONS:** In addition to its specific answers and responses stated herein, Defendant incorporates and adopts by reference the following general statements and objections into each of his specific answers to responses to Requests for Production and Requests for Admissions:

A. Defendant does not interpret Plaintiff's Requests as seeking privileged documents or information. To the extent necessary, Defendant invokes the attorney-client and/or attorney work product privileges.

B. Defendant submits its answers without conceding the relevancy, materiality, or admissibility of any information, documents, or other information produced, and without prejudice to his right to object to further discovery, or to the admissibility of any evidence.

C. Defendant has made a reasonable effort to respond to each Request as he understands and interprets those requests. If Plaitniff later asserts an interpretation of any Request that differs from Defendant, Defendant reserves the right to supplement or amend its objections and answers thereto.

D. Defendant answers the discovery requests by applying the plain, common sense meaning to the words and phrases. Defendant objects to any terms or definitions that are inconsistent with plain language or ordinary meaning.

E. Plaintiff shall supplement these answers and responses as required.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Identify each Roadrunner healthcare provider who evaluated, treated, or responded to a request for care from Plaintiff during the Relevant Period.

**ANSWER:**

David Montoya, CEO
Roadrunner Health Services, LLC
3841 Midway PL NE, Suite A
Albuquerque, New Mexico 87109
Office: 505-808-3754

Lisa Crane
Roadrunner Health Services, LLC
3841 Midway PL NE, Suite A
Albuquerque, New Mexico 87109
Office: 505-808-3754

Michaela Falis
Roadrunner Health Services, LLC
3841 Midway PL NE, Suite A
Albuquerque, New Mexico 87109
Office: 505-808-3754

**INTERROGATORY NO. 2:** State the factual basis for the dates on which Roadrunner contends Plaintiff received or requested a hernia belt during the Relevant Period.

**ANSWER:**

Objection. This interrogatory does not make sense in what it is asking.

**INTERROGATORY NO. 3:** Describe the action Roadrunner took in response to the February 24, 2024 hospital recommendation that Plaintiff obtain prompt surgical-clinic follow-up for his inguinal hernia.

**ANSWER:**

RHS providers followed-up with Plaintiff with inguinal hernia care.

**INTERROGATORY NO. 4:** Identify the Roadrunner provider responsible for reviewing outside-hospital discharge instructions received for Plaintiff during the Relevant Period.

**ANSWER:**

RHS providers reviewed the instructions and followed-up with Plaintiff with inguinal hernia care.

**INTERROGATORY NO. 5:** Describe Roadrunner's response to Plaintiff's reported hip, leg, or mobility complaints before his June 2024 hospitalization.

**ANSWER:**

RHS providers followed-up with Plaintiff with inguinal hernia care and provided appropriate care. The chief complaint was groin pain, RHS medical notes indicate that Plaintiff stated that groin pain had increased in the last few days after Plaintiff attempted to reduce the hernia himself, but was unsuccessful. Plaintiff's attempts at reducing the hernia contributed in causing the onset of sepsis. Hernia repair is an elective procedure that Plaintiff did not elect when he was not incarcerated and suffering from the hernia. Plaintiff was first arrested on June 12, 2020 and absconded until he was arrested on his second court warrant for failure to appear on February 21, 2024. At the time of his arrest Plaintiff already had a hernia for years, for which he had failed to have the elective surgery to treat the hernia. Plaintiff was sent to be evaluated at the High Plains Regional Medical Center to determine if he was fit for incarceration, and returned to the jail.

**INTERROGATORY NO. 6:** State whether Lisa Crane evaluated Plaintiff for complaints he believed were sciatica and, if so, state the assessment she communicated to him.

**ANSWER:**

RHS providers followed-up with Plaintiff with inguinal hernia care and provided appropriate care.

**INTERROGATORY NO. 7:** Describe Michaela Falis's involvement in Plaintiff's medical care during the Relevant Period.

**ANSWER:**

RHS providers followed-up with Plaintiff with inguinal hernia care and provided appropriate care.

**INTERROGATORY NO. 8:** State what information Roadrunner communicated to CCADC administration concerning the anticipated duration of Plaintiff's hospitalization following his June 23, 2024 surgery.

**ANSWER:**

RHS communicated the need for continuity of care.

**INTERROGATORY NO. 9:** Describe the physical-therapy care or written physical-therapy instructions Roadrunner provided after Plaintiff returned to CCADV following his June 2024 hospitalization.

**ANSWER:**

RHS personnel provided the appropriate continuity of care.

**INTERROGATORY NO. 10:** Identify the electronic systems and paper repositories in which Roadrunner maintained Plaintiff's medical requests, treatment records, medication-administration records, and communications with CCADC during the Relevant Period.

**ANSWER:**

CoreEMR System.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** Admit that Roadrunner provided contracted healthcare services to inmates at CCADC during February through June 2024.

**ADMIT** ___X___

**REQUEST FOR ADMISSION NO. 2:** Admit that Roadrunner personnel knew by February 24, 2024 that Plaintiff had been diagnosed with left inguinal hernia.

**ADMIT** ___X___

**REQUEST FOR ADMISSION NO. 3:** Admit that the February 24, 2024 hospital discharge instruction recommended prompt surgical-clinic follow-up for Plaintiff's hernia.

**DENY** ___X___ , the hernia repair is a selective surgical procedure.

**REQUEST FOR ADMISSION NO. 4:** Admit that Plaintiff did not attend the recommended surgical-clinic follow-up before his June 2024 hospitalization.

**DENY** ___X___ , follow-up was conducted by RHS provider.

**REQUEST FOR ADMISSION NO. 5:** Admit that Roadrunner personnel provided Plaintiff with a hernia belt during March 2024.

**ADMIT** ___X___ , the hernia belt was part of the follow-up that was conducted by RHS provider.

**REQUEST FOR ADMISSION NO. 6:** Admit that Roadrunner personnel received complaints from Plaintiff concerning hip, leg or mobility symptoms before his June 2024 hospitalization.

**DENY** ___X___

**REQUEST FOR ADMISSION NO. 7:** Admit that Plaintiff was transported from CCADC to a hospital on June 22, 2024.

**ADMIT** ___X___

**REQUEST FOR ADMISSION NO. 8:** Admit that Plaintiff underwent surgery for septic arthritis of his left hip on June 23, 2024.

**DENY _____X_____** , the chief complaint was groin pain, RHS medical notes indicate that Plaintiff stated that groin pain had increased in the last few days after Plaintiff attempted to reduce the hernia himself, but was unsuccessful and caused the sepsis.

**REQUEST FOR ADMISSION NO. 9:** Admit that Roadrunner communicated information concerning Plaintiff's anticipated hospitalization to CCADC administration on or before June 26, 2024.

**DENY _____X_____**

**REQUEST FOR ADMISSION NO. 10:** Admit that Roadrunner provided healthcare services to Plaintiff at CCADC after he returned from the June 2024 hospitalization.

**ADMIT ____X____**

DATED: September 17, 2026.

Respectfully submitted,

LAW OFFICE OF
AUGUSTINE M. RODRIGUEZ, L.LC.,

*/s/ Augustine M. Rodriguez*
AUGUSTINE M. RODRIGUEZ, ESQ.
P.O. Box 27178
Albuquerque, New Mexico 87125
Telephone: (505) 332-3173
Email: rodriguezlaw@yahoo.com

**ADDITIONAL EXHIBIT INDEX**

Macias v. Board of County Commissioners of Curry County

No. 1:25-cv-00166-MIS-SCY

S5 — September 17 acknowledgment and detailed conferral (2 pages)

S6 — May 10, 2024 Lujan–McKinney email (1 page)

Earlier exhibit labels remain unchanged.

Citations refer to the exhibit's own page number.

S5 reproduces source PDF pages 7–8.

S6/S7 reproduce source PDF page 1 as labeled.

Black masks remove private or unrelated information.

Unaltered originals are preserved.

**ANSWERS TO INTERROGATORIES MACIAS-RHS.pdf**
300K

---

**peter macias** <petermacias66@gmail.com> Thu, Sep 17, 2026 at 2:12 PM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez:

I acknowledge receipt of your September 17 email and seven-page attachment containing interrogatory answers and responses to requests for admission.

For accuracy, these requests were originally transmitted on August 5, 2026, and reattached to my September 10 email. That email expressly preserved the parties' positions concerning the original response deadlines. Please explain any contention that September 10 was the initial effective service date.

I did not locate a signed verification under oath for the interrogatory answers. Please provide it or identify where it appears.

I am reviewing the substantive responses and will identify the specific remaining concerns. I did not locate supplemental responses or document production addressing the deficiencies previously identified concerning Doc. 94. Please clarify whether you contend today's attachment resolves any of those production issues.

Please also state Roadrunner's position on the previously emailed proposed motions, recognizing that I will revise the interrogatory/admission motion to account for today's responses.

Respectfully,
Peter John Macias
Plaintiff, Pro Se

[Quoted text hidden]

---

**peter macias** <petermacias66@gmail.com> Thu, Sep 17, 2026 at 3:10 PM
To: Augustine Rodriguez <rodriguezlaw@yahoo.com>

Mr. Rodriguez:

Following my acknowledgment earlier today, these are the specific concerns I identified in Roadrunner's September 17 responses. I am requesting clarification or supplementation so we can resolve or narrow the dispute.

For the interrogatories:

1. **No. 1:** Please provide the requested job titles and clarify whether the provider list is complete. Roadrunner's chart also identifies care by Alyssa Ellison, Wakenda Jake, and Ritchi Garcia during the defined period.

2. **No. 2:** Please identify the dates Roadrunner contends I requested or received a hernia belt and the factual basis for those dates. If wording is unclear, please identify the ambiguity and answer the reasonably understood portion.

3. **No. 3:** Please describe what Roadrunner did concerning the February 24 surgical-clinic follow-up recommendation, distinguishing that recommendation from general jail-based hernia care.

4. **No. 4:** Please identify the provider responsible for reviewing the outside-hospital instructions rather than referring generally to "RHS providers."

5. **No. 5:** Please describe Roadrunner's response to the reported hip, leg, or mobility complaints. Roadrunner's Exhibit F contains my May 20 request triaged May 23; I acknowledge that document was produced. The County-produced May request also records these complaints.

6. **No. 6:** Please state whether Ms. Crane evaluated the symptoms described in the question and, if so, what assessment she communicated.

7. **No. 7:** Please describe Ms. Falis's involvement during the defined period, or state that she had none.

8. **No. 8:** Please identify what information about anticipated hospitalization duration was communicated to facility administration, or state that no duration-related information was communicated.
9. **No. 9:** Please describe any physical therapy or written physical-therapy instructions supplied after my return from hospitalization, or state that none was supplied. Please identify any scope objection concerning the question's express post-return language.
10. **No. 10:** Please clarify whether CoreEMR is the complete list of responsive electronic systems and paper repositories, including communications records.

Please also supply the interrogatory verification requested in my earlier email, or identify where it appears.

For the requests for admission:

- **Nos. 3 and 4:** Please address the clinic-follow-up recommendation and attendance separately from whether surgery was elective or an RHS provider supplied other care. The February 24 ED provider note describes clinic review that week. Please clarify any distinction Roadrunner draws between that note and a separate discharge instruction.
- **No. 6:** Please review the May 20 request triaged May 23 and the County-produced May request concerning hip, leg, and mobility complaints, and advise whether Roadrunner maintains its denial.
- **No. 8:** Please address the operation, date, site, and diagnosis separately from Roadrunner's causation contention, considering its June 23 and June 24 chart entries concerning left-hip surgery.

I am not requesting sworn admission responses or asking Roadrunner to concede medical causation.

The previously identified Doc. 94 production issues remain separate. Please identify any supplemental production or corrected production responses that resolve those concerns, and state Roadrunner's position on the previously circulated motions, recognizing that the interrogatory/admission motion will be revised to account for the September 17 responses.

Please respond promptly and propose a time for a brief substantive telephone conference. If Roadrunner will supplement, please identify the responses it will correct and propose a definite completion date. If it disagrees, please identify the disputed issues.

This request does not agree to a changed service date or extend any court or motion-filing deadline.

Respectfully,
Peter John Macias
Plaintiff, Pro Se

[Quoted text hidden]

Curry County

Melissa Lujan <mlujan@currycountynm.gov>

## Macias, Peter

3 messages

**Melissa Lujan** <mlujan@currycountynm.gov> Fri, May 10, 2024 at 2:39 PM
To: Tysen McKinney <t.mckinney@roadrunnerhealthservicesnm.com>

Mr. McKinney,

Please see the attached.

--
V/r,

Melissa Lujan
Acting Assistant Administrator
PREA Coordinator
Office: (575) 763-1490 ext. 629
801 Mitchell St.
Clovis, NM 88101

**Macias Peter.pdf**
107K

**Tysen McKinney** <t.mckinney@roadrunnerhealthservicesnm.com> Fri, May 10, 2024 at 3:03 PM
To: Melissa Lujan <mlujan@currycountynm.gov>

Thank you for sending me this. I checked his chart and Kelsie has tasked him to be seen by our Provider when she is on site on Tuesday 05/14/2024. He currently has a hernia belt and has been educated on avoiding strenuous activity. If you need anything else please let me know.

Sincerely,

[Quoted text hidden]
--
**Tysen McKinney**
**Health Service Administrator**
**Roadrunner Health Service, LLC**
801 Mitchell St, Clovis, NM 88101
**(575) 607-5680**
**t.mckinney@roadrunnerhealthservicesnm.com**

**Melissa Lujan** <mlujan@currycountynm.gov> Fri, May 10, 2024 at 3:10 PM
To: Tysen McKinney <t.mckinney@roadrunnerhealthservicesnm.com>

Thank you, Tysen!
[Quoted text hidden]