**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

-vs- Civ. No. 1:25-CV-00166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF CURRY, d/b/a
CURRY COUNTY DETENTION CENTER, &
CURRY COUNTY, &
WARDEN MARK GALLEGOS, &
LIEUTENANT CORDOVA, &
CAPTAIN CHRISTOPHER MORENO, &
LIEUTENANT TABER STANFIELD, &
ROADRUNNER HEALTH SERVICES, LLC., &
DOES 1-50,

Defendants.

**NOTICE OF COMPLETION OF BRIEFING ON**
**MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, Defendant Roadrunner Health Services, LLC., by and through its attorneys, Law Office of Augustine M. Rodriguez, L.L.C., (Augustine M. Rodriguez, Esq.), and hereby notices the Court that briefing is complete on Defendant's Motion for Summary Judgment, consisting of:

1. Defendant's Motion for Summary Judgment, Dkt. 55, as lawsuit is barred for no notice was filed on February 27, 2026;

2. Plaintiff's Response was filed on May 22, 2026, Dkt. 70; and

3. Defendant's Reply in Support of the Motion for Summary Judgment was filed on May 28, 2026, Dkt. 71.

The matter is therefore ready for hearing.

Respectfully submitted,
LAW OFFICE OF
AUGUSTINE M. RODRIGUEZ, L.L.C.,

*/s/Augustine M. Rodriguez*
AUGUSTINE M. RODRIGUEZ, ESQ.
P. O. Box 27178
Albuquerque, NM 87125
(505) 332-3173

THIS IS TO CERTIFY that on October 2, 2026, a copy of the foregoing pleading was filed electronically through the CM/ECF System, which caused the following to be served by electronic means:

Peter Macias
Plaintiff *pro se*
<petermacias66@gmail.com>

*/s/Augustine M. Rodriguez*
AUGUSTINE M. RODRIGUEZ, ESQ.