**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,

Plaintiff,

vs. Civ. No. 25-166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CURRY, d/b/a
CURRY COUNTY DETENTION CENTER et al.,

Defendants.

**ORDER REGARDING SERVICE AND WAIVER**

This matter is before the Court on Plaintiff's notice providing service address (Doc. 114), in which he provides a public business address for unserved Defendant Matthew Cordova. As background, the Court ordered Plaintiff to provide Defendants Gallegos, Cordova, Moreno, and Stanfield's service addresses by July 9, 2026.[1] Doc. 74. After Plaintiff provided addresses, Doc. 76, the Court mailed those Defendants waivers of service, Doc. 77. Defendants Gallegos, Moreno, and Stanfield returned waivers of service, Docs. 80-83 (filed July 24, 2026), and on September 11, 2026, filed an answer, Doc. 108. The waiver of service sent to Defendant Cordova was returned as undeliverable. Doc. 98. Plaintiff thereafter filed a "Motion for Limited Assistance Effecting Service on Defendant Matthew Cordova, for Confidential Submission of Last-Known Contact Information, and to Extend the Time for Service." Doc. 99. The Court granted Plaintiff's motion in part, extending the service deadline to December 28, 2026, and ordering Plaintiff to provide the Court with a service address for Cordova. Doc. 111.

[1] Because Plaintiff is proceeding in forma pauperis, officers of the Court must serve Defendants with process pursuant to 28 U.S.C. § 1915(d).

The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915, provides that "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Court orders the Clerk of the Court to notify Defendant Cordova, at the address provided by Plaintiff in his notice, that an action has been commenced and request that the individual Defendants waive service pursuant to Fed. R. Civ. P. 4(d). If the waiver is not returned, the Court will issue a further order regarding service by the U.S. Marshals Service.

**IT IS ORDERED** that the Clerk of the Court notify Defendant Cordova that an action has been commenced and request that he waive service pursuant to Fed. R. Civ. P. 4(d). The notice shall include a copy of this Order, a waiver of service form, a copy of Plaintiff's Third Amended Complaint (Doc. 49), and prepaid means of returning the form, mailed to Defendant Cordova at the following address:

Matthew Cordova
c/o Lea County Detention Center
1401 South Commercial Street
Lovington, NM 88260

Steven C. Yarbrough
United States Magistrate Judge