**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PETER JOHN MACIAS,
Plaintiff,
v. No. 1:25-cv-00166-MIS-SCY
BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CURRY, et al.,
Defendants.

**DECLARATION OF PETER JOHN MACIAS IN SUPPORT OF TWO-DAY EXTENSION AND ROADRUNNER DISCOVERY MOTION**

1. I am the Plaintiff. The following statements are based on my personal knowledge.

2. I received Roadrunner's seven-page interrogatory and admission-response packet on September 17, 2026. That day I requested an interrogatory verification and identified specific deficiencies. I followed up on September 22 and October 7. The preserved emails are reproduced in Exhibits D and E to the motion.

3. My October 7 email identified October 8 as my motion-filing deadline. It stated that the email did not extend any deadline. I am not claiming that counsel agreed to extend that deadline or agreed to provide corrections by the close of business on October 8.

4. I waited through the close of business on October 8 to allow Mr. Rodriguez an additional opportunity to respond. I was hoping to resolve the identified deficiencies without motion practice. I had not received the requested verification or corrected answers when I decided to pursue the motion on October 9.

5. On October 8, I was also preparing my proposed status report for the October 9 deadline and handling case correspondence with both opposing counsel. At 9:35 a.m. Mountain Time on October 8, I emailed Ms. Martinez and Mr. Rodriguez to follow up on my revised proposed status report and request their proposed revisions or areas of agreement.

6. I did not file this discovery motion on October 8 because I was waiting for Mr. Rodriguez's response, hoping to avoid motion practice. The other activities described above are context, not a separate explanation for missing the deadline. I am asking the Court to accept the late filing; I am not claiming that my decision to wait extended the deadline.

7. On October 9, 2026, at 10:14 a.m. Mountain Daylight Time, I emailed Mr. Rodriguez at rodriguezlaw@yahoo.com and copied Ms. Martinez at jonlyn@jmartinezlaw.net. I requested concurrence in a one-day extension of the motion-filing deadline, from October 8 through October 9, and asked Roadrunner's position on the requested verification and corrections. I requested a reply by noon Mountain Time, offered a brief telephone conference, and said I planned to file after that requested reply time. I did not state that silence would be agreement. Exhibit F is a readable reproduction of that email's selected headers and complete plain-text body from the saved original message; no wording has been changed.

8. On October 9 at 2:04 p.m. Mountain Time, Ms. Martinez replied in that thread about a proposed status report. That message did not answer my extension or Roadrunner discovery requests. Exhibit G reproduces her reply text and selected headers, omitting the quoted earlier message and the unrelated status-report attachment. As of my review on October 10, I have not heard back from Mr. Rodriguez and have not received the requested signed interrogatory verification or corrected answers.

9. On October 9, I filed my status report and was handling the status-report work and preparing this discovery motion. I work twelve-hour shifts as an emergency-room security guard. I needed to rest before my overnight shift and chose to finish reviewing and filing the motion after work rather than risk an error attempting to file it from my phone. I finished that overnight shift on the morning of October 10. I am completing the motion between shifts and am scheduled to return to work at 7:00 p.m. on October 10 until 7:00 a.m. on October 11. I understand that my employment and decision to wait did not extend the filing deadline, and I am asking the Court to permit filing on October 10.

10. On October 10, 2026, I sent the follow-up email to Mr. Rodriguez, requesting concurrence in extending the October 8 motion deadline through October 10 rather than October 9. I stated that the discovery relief remained unchanged, requested his position, and remained available for a brief telephone conference. I stated that I would accurately report any response or nonresponse and would not treat silence as agreement. I am not claiming that counsel agreed to the extension.

**AI DISCLOSURE AND CERTIFICATION**

I used OpenAI ChatGPT through Codex to assist in preparing this declaration. I certify that I have checked the accuracy of all portions drafted with generative AI assistance, including any citations and legal authority.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 10, 2026

/s/ Peter John Macias

Peter John Macias, Plaintiff Pro Se

910 11th Avenue Northwest

Rio Rancho, New Mexico 87144

Telephone: 575-271-7715

Email: petermacias66@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 10, 2026, I filed this declaration with the accompanying motion through CM/ECF, which provided electronic notice and service to registered counsel of record, including Augustine M. Rodriguez and Jonlyn M. Martinez.

/s/ Peter John Macias

Peter John Macias