# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

*Macias v. CCADC*
25cv166 MIS/SCY

Thursday, October 22, 2026, at 10:30 a.m.

| | |
|---|---|
| **PRO SE PLAINTIFF PRESENT:** | Peter Macias |
| **ATTORNEY PRESENT FOR COUNTY DEFENDANTS:** | Jonlyn Martinez |
| **ATTORNEY PRESENT FOR DEFENDANT ROADRUNNER HEALTH SERVICES:** | Augustine Rodriguez |

**TYPE OF PROCEEDING:** Telephonic Status Conference
Total Time – 30 minutes

**CLERK'S MINUTES:**

- The purpose of this status conference is to discuss setting additional case management deadlines and parameters. The Court is on the record.
- The Court acknowledges the pending motions, apologizes for the delay due to its backlog, and states it will address the motions as soon as possible. The Court also advises it may set a hearing on the pending motions to compel.
- The Court reviews the proposed deadlines in the second joint status report ("JSR"), Doc. 118, and asks whether the parties agree with the parameters and deadlines.
- Plaintiff, appearing pro se, states he timely filed his own JSR, Doc. 116, and asks how the limited discovery order, Doc. 68, affects the number of written discovery requests he may serve on Defendants.
- The Court clarifies that the parties may serve an additional 25 interrogatories, 25 requests for production, and 25 requests for admission beyond the limits in Doc. 68. Plaintiff may take 10 depositions, and Defendants may take 10 total. Depositions are limited to four hours, except for expert and party depositions. The Court asks whether these parameters reflects the parties' understanding.
- The parties confirm that this is their understanding of the discovery parameters.

- The Court reviews the deadlines in Doc. 118.
- Counsel for Roadrunner reminds the Court of its pending motion for summary judgment, Doc. 55, and requests a ruling before discovery to minimize costs. The Court notes it will address the motion as soon as possible but directs the parties to proceed with written discovery in the meantime. Roadrunner may seek a protective order for unduly burdensome requests.
- Plaintiff states he also wants to resolve Roadrunner's summary judgment motion and intends to seek leave to amend his complaint for a fourth time. He asks how an amendment may affect the scheduling deadlines.
- The Court advises Plaintiff to first ask Defendants' counsel whether they oppose the motion, then file it as opposed or unopposed. The Court notes that deadline extensions may be requested if needed but will enter the scheduling order now so discovery can proceed. The Court plans to schedule a follow-up status conference in January 2027.
- With nothing further from the parties, the Court concludes the conference.