**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**PETER JOHN MACIAS,**

**Plaintiffs**

**v.** **1:25-cv-00166-MIS-SCY**

**BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF CURRY, d/b/a**
**CURRY COUNTY DETENTION CENTER**
**&**
**CURRY COUNTY, et al.**
**&**

**Defendants.**

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on November 12, 2026, Defendants Stanfield, Moreno and Gallegos provided responses to Plaintiff's First Set of Interrogatories, Requests for Admission and Requests for Production along with a copy of this Certificate of Service on Plaintiff at the following email address:

Peter Macias
petermacias66@gmail.com

Respectfully Submitted,

LAW OFFICE OF JONLYN M. MARTINEZ, LLC

By */s/ Jonlyn M. Martinez*
JONLYN M. MARTINEZ
Attorney for Defendant County
P.O. Box 7265
Albuquerque, NM 87194-7265
P: (505) 247-9488
jonlyn@jmartinezlaw.net