**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

PETER MACIAS,

Plaintiff,

v. Case No. 25cv166 MIS/SCY

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CURRY, d/b/a CURRY
COUNTY DETENTION CENTER, et al.,

Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND ORDER FOR SERVICE ADDRESSES**

This matter is before the Court on Plaintiff's Motion for Leave to File Fourth Amended Complaint, filed November 2, 2026. Doc. 122. Plaintiff, proceeding pro se, initiated this action on February 18, 2025, and filed an amended complaint on February 27, 2025. Docs. 1, 7. The amended complaint asserted Eighth and Fourteenth Amendment claims for the denial of medical care against "CCADC" and Defendants FNU Gonzales, FNU Cordova, FNU Cole, FNU Stanfield,[1] FNU Moreno, and FNU Mendoza. Doc. 7.

Plaintiff later obtained leave to amend and filed a second amended complaint on November 7, 2025. Docs. 40, 41, 42. The second amended complaint removed CCADC, Gonzales, Cordova, and Cole, and added Defendants Mark Gallegos, in his official and individual capacities, the Board of County Commissioners of the County of Curry, and Does 1-50. Doc. 42. It also added claims under the New Mexico Civil Rights Act, § 1983 claims against Gallegos and Does 1-50 in their individual capacities, and a *Monell* claim against the County. *Id.* at 9-13 ¶¶ 47-74.

---

[1] Initially identified as "FNU Steinfield," but later corrected to Taber Stanfield.

Plaintiff again obtained leave to amend and filed the currently operative Third Amended Complaint on January 9, 2026. Docs. 47-49. The Third Amended Complaint added Defendant Roadrunner Health Services, LLC, and asserts claims under the New Mexico Civil Rights Act, § 1983, and state law for medical negligence and treatment. Doc. 49 at 15-17 ¶¶ 64-73, 19-20 ¶¶ 92-96, 23-25 ¶¶ 118-129, 28-29 ¶¶ 150-156.

Plaintiff now moves under Federal Rule of Civil Procedure 15(a)(2) and (d) for leave to file a Fourth Amended Complaint. Doc. 122. Plaintiff seeks to replace Lieutenant Cole with the now correctly identified James Carter, and add Lisa Crane and Michaela Fallis, nurses who treated Plaintiff at CCADC, revise allegations concerning his 2024 detention, and supplement the complaint with allegations regarding subsequent treatment and damages. *Id.* at 2-3; Doc. 122-1; Doc. 122-2.

Under Rule 15(a)(2), a court should freely grant leave to amend when justice so requires. Fed. R. Civ. P. 15(a)(2). In addition, a party's failure to respond to a motion constitutes consent to grant the motion. D.N.M.LR-Civ. 7.1(b). Plaintiff filed his motion before the amendment deadline set in the Court's Second Amended Scheduling Order, Doc. 128 at 2, and Defendants have not responded in opposition. Accordingly, because the motion is timely and unopposed, the Court finds good cause to permit amendment.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File a Fourth Amended Complaint, Doc. 122, is GRANTED. Plaintiff shall file his Fourth Amended Complaint on the docket by **December 9, 2026**.

**IT IS FURTHER ORDERED** that Plaintiff shall provide the Court with service addresses for James Carter, Lisa Crane, and Michaela Fallis, by **December 16, 2026**.[2] Failure to provide the addresses for each individual Defendant may result in dismissal of claims against those Defendants.

UNITED STATES MAGISTRATE JUDGE
STEVEN C. YARBROUGH

---

[2] Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. Doc. 6. Section 1915 provides that the "officers of the court shall issue and serve all process, and perform all duties in [proceedings in forma pauperis][.]"